EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | CASE NO. |
| | * | 2:24-cv-2451-SSV-JVM |
| **VERSUS** | * | |
| | * | **JUDGE VANCE** |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES, LLC** | * | **MAGISTRATE JUDGE** |
| | * | **VAN MEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the **MOTION TO ENROLL AS COUNSEL** filed by defendant, **SERPIL PROPERTIES, LLC**;

**IT IS ORDERED THAT** Kyle S. Sclafani of the Law Office of Kyle S. Sclafani, 4130 Canal Street, New Orleans, Louisiana is enrolled as counsel on its behalf.

New Orleans, Louisiana, this 15th day of November, 2024.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**