UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE READO | * | CIVIL ACTION NO. 2:24-cv-2451-SSV-JVM |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| | * | |
| CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC | * | MAGISTRATE JANIS VAN MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Continue Submission Date on Motion to Dismiss Pursuant to FRCP 12 (b) (6):

**IT IS HEREBY ORDERED** that the Motion is granted and the submission date on the Motion to Dismiss Pursuant to FRCP 12 (b) (6) filed by Defendant, Serpil Properties LLC, be continued to the Court's next available submission date of January 8, 2025 at 10:00 a.m.

New Orleans, Louisiana this   25th   day of   November   , 2024.

_____
UNITED STATES DISTRICT JUDGE
SARAH S. VANCE

3