# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-JVM** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN MEERVELD** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## INTERROGATORIES TO CITY OF NEW ORLEANS

**TO:     City of New Orleans**
**Through attorney of record:**
**Grant G. Butler**
**909 Poydras Street, 28th Floor**
**New Orleans, Louisiana 70112-1033**

These Interrogatories are propounded under authority of Rule 33 of the Federal Rules of Civil Procedure. These Interrogatories are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof. These Interrogatories are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following definitions apply to the terms used in these Interrogatories:

1. "You", "Your" or "Defendant" means **City of New Orleans** and/or any attorneys, agents, officials, appointees, principals, members, managers, employees and/or representatives acting on behalf of **City of New Orleans** at any time.

Exhibit 1 *in globo*

2. The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3. The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4. The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5. The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6. "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7. "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8. "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control. By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

**INTERROGATORY NO. 1:**

Identify all persons providing responses or information to respond to these Interrogatories and the Requests for Production that have been propounded herewith. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 2:**

Identify every person within Your knowledge, who has, or claims to have, or You believe to have knowledge or information regarding any facts, circumstances or issues involved in this litigation. Additionally, and with respect to each such person, state the nature of the information or knowledge that You know or believe them to have. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 3:**

Identify each person from whom a statement, written or oral, has been obtained by You or on Your behalf relating in any way to matters at issue in this litigation, stating as to each such statement whether it was taken in written or oral form, the date obtained or taken, the identity of

the person who took or obtained the statement, and the name and address of the person presently in possession of same. An affidavit or declaration is a statement for purposes of this Interrogatory. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 4:**

Identify each and every witness You may call to testify at any hearing or the trial of this matter, stating as to each such witness whether or not he/she will give expert testimony; his/her relationship to You, if any; the substance of the witness's expected testimony at trial; and for experts, the substance of the facts to which the expert is expected to testify. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 5:**

For any of Danielle Reado's Requests for Admission that you did not admit without qualification, please state the number of the Request for Admission and describe the factual and/or legal reasons why you did not fully admit to the request. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 6:**

Describe any and all efforts that You made to provide notice about the Tax Sale to each tax sale party, including the date that each notice was sent, the name of the person or entity to whom each notice was addressed, the address to which each notice was sent, the method by which each notice was sent (e.g. USPS first class mail, USPS certified mail, etc.), the certified mail number, if any, and the name of the person or entity that made the effort, and the employer of the person that made the effort. This Interrogatory applies to noticing efforts regardless of whether

they occurred before or after the Tax Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 7:**

Describe any and all efforts that You made to identify the name and address of each tax sale party to whom notice about the Tax Sale should be provided, including in the description any documents, websites, or other sources that you referenced, when the effort was made, the name of the person that made the effort, and the employer of the person that made the effort. This Interrogatory applies to identification efforts regardless of whether they occurred before or after the Tax Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 8:**

Describe any and all efforts that You made to provide notice about the Adjudication Sale to each tax sale party, including the date that each notice was sent, the name of the person or entity to whom each notice was addressed, the address to which each notice was sent, the method by which each notice was sent (e.g. USPS first class mail, USPS certified mail, etc.), the certified mail number, if any, and the name of the person or entity that made the effort, and the employer of the person that made the effort. This Interrogatory applies to noticing efforts regardless of whether they occurred before or after the Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 9:**

Describe any and all efforts that You made to identify the name and address of each tax sale party to whom notice about the Adjudication Sale should be provided, including in the

description any documents, websites, or other sources that you referenced, when the effort was made, the name of the person that made the effort, and the employer of the person that made the effort. This Interrogatory applies to identification efforts regardless of whether they occurred before or after the Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 10:**

Describe any and all tax payments that You received for the Property from the tax year 2011 until the present date, stating for each payment made, the date it was made, the amount paid, and the person or entity that made the payment. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 11:**

Identify any and all persons, entities, or vendors that provided you with any services whatsoever related to the Tax Sale or the Adjudication Sale and state what services each such person, entity or vendor provided, and the name, address, telephone number, and email address for your primary contact person(s) at each such entity or vendor. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 12:**

State the number of bidders at the auction which resulted in the Adjudication Sale, identify each such bidder, and state the amount of the highest bid placed by each such bidder. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 13**:

State the last date that You would have allowed the Property to be redeemed under La. R.S. 47:2246, the total payment that would have been required to redeem it in full on that date ("Redemption Amount"), and list all individual items making up the Redemption Amount and the amount of each such item. If the Redemption Amount is different than the $29,529.01 total stated under the "Taxes" header tag on https://www.civicsource.com/auctions/cno/134839, please explain why. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 14**:

Identify the person that prepared the Non-Warranty Cash Sale document that purports to transfer the Property's title to Serpil Properties LLC (attached as Exhibit B) and explain how the stated sale price of $60,753.75 was determined. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 15**:

List any and all computer software, applications, and/or electronic programs that You utilized to facilitate tax sales, adjudication sales, or the collection of delinquent taxes at the time of the Tax Sale and the Adjudication Sale. For any computer software, applications, and/or electronic programs listed, state whether any information pertaining to the Tax Sale or the Adjudication Sale was entered into or is retained by said software, applications, and/or electronic programs and state the purposes for Your use of said software, applications, and/or electronic programs in relation to the Tax Sale and/or Adjudication Sale. If you are unable to provide any of this information please explain why.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
_____
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
_____
**PAUL W. PRITCHETT**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUESTS FOR PRODUCTION TO CITY OF NEW ORLEANS**

**TO:** **City of New Orleans**
**Through attorney of record:**
**Grant G. Butler**
**909 Poydras Street, 28th Floor**
**New Orleans, Louisiana 70112-1033**

These Requests for Production are propounded under authority of Rule 34 of the Federal Rules of Civil Procedure. These Requests for Production are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof. These Requests for Production are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following definitions apply to the terms used in these Requests for Production:

1. "You", "Your" or "Defendant" means **City of New Orleans** and/or any attorneys, agents, officials, appointees, principals, members, managers, employees and/or representatives acting on behalf of **City of New Orleans** at any time.

2. The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3. The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4. The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5. The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6. "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7. "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8. "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control. By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*.  The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

## REQUEST NO. 1

Each and every document which You contend supports Your defense of this matter or which supports any denial or affirmative defense in Your Answer or which you may make in Your Answer.

## REQUEST NO. 2

All documents identified in response to the Interrogatories or Requests for Admission propounded to You in this matter.

## REQUEST NO. 3

Any and all exhibits, documents, records, photographs, evidence, or demonstrative evidence of any nature whatsoever which You will attempt to introduce into evidence and/or use at the trial of this matter or at any hearing in this matter;

## REQUEST NO. 4

Any and all written and/or recorded statements (including affidavits) in any way related to the Tax Sale, the Adjudication Sale, the Property, or any issue in this litigation.

**REQUEST NO. 5**

Copies of tax bills associated with the Property for tax years 2011 to the present year.

**REQUEST NO. 6**

Copies of any and all documents and/or ledgers depicting any tax payment made on the Property in any tax year from 2011 to the present year.

**REQUEST NO. 7**

Copies of any and all notices that were sent to any person or entity in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 8**

Copies of any and all envelopes in which any notice was sent in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 9**

Copies of any and all mail receipts, proof of payment, and other documents evidencing that any notice related to the Tax Sale or the Adjudication Sale was actually mailed to the stated recipient.

**REQUEST NO. 10**

Copies of any and all return receipts associated which any notice that was sent in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 11**

Copies of any and all advertisements made in relation to the Tax Sale or Adjudication Sale.

**REQUEST NO. 12**

Copies of any and all documents describing effort that you took to identify and locate any person or entity to provide them with notice of the Tax Sale and Adjudication Sale, including but not limited to abstracts and mortgage certificates.

**REQUEST NO. 13**

Copies of all internal communications, including but not limited to emails, text messages, memoranda, notes, letters, reports, meeting minutes, and messages (including all forms of electronic messaging), between or among Your employees, officers, departments, and or agents that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 14**

Copies of all communications, including but not limited to emails, text messages, memoranda, notes, letters, reports, meeting minutes, and messages (including all forms of electronic messaging), between or among You (including, but not limited to Your employees, officers, departments, and or agents) and any third party (including, but not limited to Civicsource, Archon Information Systems, and any other vendor) that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 15**

Copies of any and all documents bearing the signature of Plaintiff, Gwendolyn Reado, or Taylor Reado.

**REQUEST NO. 16**

Copies of any and all audio or video recordings that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 17**

Copies of any and all logs that indicate that any person visited or called You or Your tax collector's office to discuss the Tax Sale, the Adjudication Sale, the Property, or this litigation.

**REQUEST NO. 18**

Copies of any and redemption calculations that You generated in relation to the Tax Sale, the Adjudication Sale, the Property, or this litigation.

**REQUEST NO. 19**

Copies of any and all transcripts from any and all depositions taken in any dispute, other than the current litigation, in which claims were asserted against You based on Tyler v. Hennepin Cnty., 143 S. Ct. 1369 (2023) or the holding therein.

**REQUEST NO. 20**

Copies of any and all contracts or other agreements between you and any contractors or vendors that provided you with any services whatsoever related to the Tax Sale, the Adjudication Sale, or the Property.

**REQUEST NO. 21**

Printoffs, comma delimited files, and or screenshots of any and all information related to the Tax Sale, the Adjudication Sale, or the Property that is contained in any computer software, applications, and/or electronic programs that You utilize.

**REQUEST NO. 22**

If you did not admit Danielle Reado's Requests for Admission No. 4 without qualification, produce a true, correct, and authentic depiction of the webpage located at https://www.civicsource.com/auctions/cno/150145, as it appeared (1) immediately prior to the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, (2) immediately following the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, and (3) as it currently appears.

**REQUEST NO. 23**

A true, correct, and authentic depiction of the webpage located at https://www.civicsource.com/auctions/cno/134839, as it appeared (1) immediately prior to the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, (2) immediately following the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, and (3) as it currently appears.

**REQUEST NO. 24**

Copies of any and all documents and/or ledgers depicting any payment(s) to You or your vendor(s) that are associated in any way with the Adjudication Sale, or that depict any funds generated from the sale of the Property.

**REQUEST NO. 25**

Copies of any and all documents and/or ledgers depicting any payment(s) from You that are associated in any way with the Adjudication Sale, or that depict the costs associated with the Tax Sale or the Adjudication Sale.

**REQUEST NO. 26**

A copy of any documents disclosed or described in Your Initial Disclosures.

**REQUEST NO. 27**

A copy of Your entire file concerning the Property, the property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana, the Tax Sale, the Adjudication Sale, and any auction(s) related thereto.


These requests for production of documents are deemed continuing so as to require supplemental responses with respect to any and all questions, and particularly with regard to any exhibits or demonstrative evidence to be used at trial.

**PLEASE NOTE**:

You are requested to provide Answers to Request for Production of Documents and documents produced in response thereto in a shareable electronic format.

*[Signatures on following page]*

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
_____
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel

of record by placing same into the United States mail, postage prepaid and properly addressed,

and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
_____
**PAUL W. PRITCHETT**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUESTS FOR ADMISSION TO CITY OF NEW ORLEANS**

**TO:    City of New Orleans**
**Through attorney of record:**
**Grant G. Butler**
**909 Poydras Street, 28th Floor**
**New Orleans, Louisiana 70112-1033**

These Requests for Admission are propounded under authority of Rule 36 of the Federal

Rules of Civil Procedure. These Requests for Admission are to be answered by the party to whom

they are addressed, separately, fully, in writing and under oath, and the answers shall be served

within thirty days of service hereof. These Requests for Admission are deemed continuing, and

you are requested to seasonably supplement your answers in accordance with the provisions of

Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following

definitions apply to the terms used in these Requests for Admission:

1.  "You", "Your" or "Defendant" means **City of New Orleans** and/or any attorneys, agents,

    officials, appointees, principals, members, managers, employees and/or representatives

    acting on behalf of **City of New Orleans** at any time.

2.  The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3.  The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4.  The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5.  The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6.  "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7.  "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8.  "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control.  By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa.* The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

**REQUEST FOR ADMISSION NO. 1:**

Admit that You contracted with Archon Information Systems, L.L.C. to conduct the auction that resulted in the Adjudication Sale.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Archon Information Systems, L.L.C. conducted the adjudicated property auction that resulted in the Adjudication Sale on the website called Civicsource.com.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the URL for the auction on Civicsource.com that resulted in the Adjudication Sale was https://www.civicsource.com/auctions/cno/150145.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the document attached hereto as Exhibit A is a true, correct, and authentic depiction of the webpage located at https://www.civicsource.com/auctions/cno/150145, as it appeared at the close of the Adjudication Sale and at all times thereafter.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You permit multiple properties that have been adjudicated to You as the result of delinquent ad valorem taxes to be sold in a single auction, for a single price, on the website called Civicsource.com (hereinafter referred to as a "Bundle" or "Bundling").

**REQUEST FOR ADMISSION NO. 6:**

Admit that You offered the Property for sale at an auction on Civicsource.com as a Bundle with another property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana.

**REQUEST FOR ADMISSION NO. 7:**

Admit that a high bid of $121,800.00 was placed at the auction on Civicsource.com that resulted in the Adjudication Sale.

**REQUEST FOR ADMISSION NO. 8:**

Admit that You did not pay any of the proceeds from the sale of the Property to Danielle Reado or any other person or entity having a legal interest in the Property at the time of the sale.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett

**PAUL W. PRITCHETT**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>INTERROGATORIES TO SERPIL PROPERTIES LLC</u>**

**TO:**  **Serpil Properties LLC**
       **Through attorney of record:**
       **Kyle S. Sclafani**
       **4130 Canal Street, Suite A**
       **New Orleans, Louisiana 70119**

These Interrogatories are propounded under authority of Rule 33 of the Federal Rules of Civil Procedure. These Interrogatories are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof. These Interrogatories are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following definitions apply to the terms used in these Interrogatories:

1. "You", "Your" or "Defendant" means **Serpil Properties LLC** and/or any attorneys, agents, officials, appointees, principals, members, managers, employees and/or representatives acting on behalf of **Serpil Properties LLC** at any time.

2.  The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3.  The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4.  The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5.  The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6.  "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7.  "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8.  "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control.  By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9.  "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

**INTERROGATORY NO. 1:**

Identify all persons providing responses or information to respond to these Interrogatories and the Requests for Production that have been propounded herewith. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 2:**

Identify every person within Your knowledge, who has, or claims to have, or You believe to have knowledge or information regarding any facts, circumstances or issues involved in this litigation. Additionally, and with respect to each such person, state the nature of the information or knowledge that You know or believe them to have. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 3:**

Identify each person from whom a statement, written or oral, has been obtained by You or on Your behalf relating in any way to matters at issue in this litigation, stating as to each such statement whether it was taken in written or oral form, the date obtained or taken, the identity of

the person who took or obtained the statement, and the name and address of the person presently in possession of same. An affidavit or declaration is a statement for purposes of this Interrogatory. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 4:**

Identify each and every witness You may call to testify at any hearing or the trial of this matter, stating as to each such witness whether or not he/she will give expert testimony; his/her relationship to You, if any; the substance of the witness's expected testimony at trial; and for experts, the substance of the facts to which the expert is expected to testify. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 5:**

For any of Danielle Reado's Requests for Admission that you did not admit without qualification, please state the number of the Request for Admission and describe the factual and/or legal reasons why you did not fully admit to the request. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 6:**

Describe any and all efforts that You made to provide notice about the Tax Sale or Adjudication Sale to each tax sale party thereof, including the date that each notice was sent, the name of the person or entity to whom each notice was addressed, the address to which each notice was sent, the method by which each notice was sent (e.g. USPS first class mail, USPS certified mail, etc.), the certified mail number, if any, and the name of the person or entity that made the effort, and the employer of the person that made the effort. This Interrogatory applies to noticing efforts regardless of whether they occurred before or after the Tax Sale or Adjudication Sale and

regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 7:**

Describe any and all efforts that You made to identify the name and address of each tax sale party to whom notice about the Tax Sale or Adjudication Sale should be provided, including in the description any documents, websites, or other sources that you referenced, when the effort was made, the name of the person that made the effort, and the employer of the person that made the effort. This Interrogatory applies to identification efforts regardless of whether they occurred before or after the Tax Sale or Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 8:**

Describe any and all efforts that You are aware of that others made to provide notice about the Tax Sale or Adjudication Sale to each tax sale party, including the date that each notice was sent, the name of the person or entity to whom each notice was addressed, the address to which each notice was sent, the method by which each notice was sent (e.g. USPS first class mail, USPS certified mail, etc.), the certified mail number, if any, and the name of the person or entity that made the effort, and the employer of the person that made the effort. This Interrogatory applies to noticing efforts regardless of whether they occurred before or after the Tax Sale or Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 9:**

Describe any and all efforts that You are aware of that others made to identify the name and address of each tax sale party to whom notice about the Tax Sale or Adjudication Sale should be provided, including in the description any documents, websites, or other sources that you referenced, when the effort was made, the name of the person that made the effort, and the employer of the person that made the effort. This Interrogatory applies to identification efforts regardless of whether they occurred before or after the Tax Sale or Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 10:**

Describe any and all payments that You made to anyone, including but not limited to the City of New Orleans, Civicsource, or Archon Information Systems, L.L.C., that are associated with the Tax Sale, the Adjudication Sale, or the Property in any way. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 11:**

Identify any and all persons, entities, or vendors that provided you with any services whatsoever related to the Tax Sale or the Adjudication Sale and state what services each such person, entity or vendor provided, and the name, address, telephone number, and email address for your primary contact person(s) at each such entity or vendor. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 12**:

Describe Your purchase of the Property in detail. The description should include, but is not limited to, information such as when, where, and how the purchase price was first established and reestablished, if applicable; what item(s) the purchase price included when it was first established and when it was reestablished (for every such reestablishment), if applicable; the amount of the purchase price when first established and when reestablished (for every such reestablishment), if applicable; when, where, and how the purchase price was paid; and the identification of any person(s) involved in the purchase in any way, and a description of their actions related thereto. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 13:**

State whether it was Your intent to purchase the Property along with another property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana from the City of New Orleans for a single price. If this was your intent, state the value (as a percentage of the single price) that you placed on each piece of property at the time of the Adjudication Sale. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 14:**

State the name, address, email address, and telephone number of every person having an ownership, security, membership, management, or similar interest in Serpil Properties LLC. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 15:**

Have You ever been a party to any dispute, other than the current litigation, that resulted in litigation, mediation, arbitration, administrative adjudication, a settlement, or a release. If so,

please state the date and nature of the dispute; the state, parish or county, court, and case number of the proceeding; the other parties involved; the disposition of the matter, and whether you were deposed, provided any testimony, or executed any affidavits related to the matter. If you are unable to provide any of this information please explain why.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUESTS FOR PRODUCTION TO SERPIL PROPERTIES LLC

**TO:    Serpil Properties LLC**
**Through attorney of record:**
**Kyle S. Sclafani**
**4130 Canal Street, Suite A**
**New Orleans, Louisiana 70119**

These Requests for Production are propounded under authority of Rule 34 of the Federal

Rules of Civil Procedure. These Requests for Production are to be answered by the party to whom

they are addressed, separately, fully, in writing and under oath, and the answers shall be served

within thirty days of service hereof. These Requests for Production are deemed continuing, and

you are requested to seasonably supplement your answers in accordance with the provisions of

Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following

definitions apply to the terms used in these Requests for Production:

1. "You", "Your" or "Defendant" means **Serpil Properties LLC** and/or any attorneys,

    agents, officials, appointees, principals, members, managers, employees and/or

    representatives acting on behalf of **Serpil Properties LLC** at any time.

2. The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3. The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4. The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5. The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6. "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7. "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8. "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control. By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

## REQUEST NO. 1

Each and every document which You contend supports Your defense of this matter or which supports any denial or affirmative defense in Your Answer or which you may make in Your Answer.

## REQUEST NO. 2

All documents identified in response to the Interrogatories or Requests for Admission propounded to You in this matter.

## REQUEST NO. 3

Any and all exhibits, documents, records, photographs, evidence, or demonstrative evidence of any nature whatsoever which You will attempt to introduce into evidence and/or use at the trial of this matter or at any hearing in this matter;

## REQUEST NO. 4

Any and all written and/or recorded statements (including affidavits) in any way related to the Tax Sale, the Adjudication Sale, the Property, or any issue in this litigation.

**REQUEST NO. 5**

Copies of any and all documents and/or ledgers depicting any payment that You made or that was made to You in relation to the Tax Sale, the Adjudication Sale, or the Property.

**REQUEST NO. 6**

Copies of any and all notices that were sent to any person or entity in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 7**

Copies of any and all envelopes in which any notice was sent in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 8**

Copies of any and all mail receipts, proof of payment, and other documents evidencing that any notice related to the Tax Sale or the Adjudication Sale was actually mailed to the stated recipient.

**REQUEST NO. 9**

Copies of any and all return receipts associated which any notice that was sent in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 10**

Copies of any and all advertisements made in relation to the Tax Sale or Adjudication Sale.

**REQUEST NO. 11**

Copies of any and all documents describing any effort that you made to identify and locate any person or entity to provide them with notice of the Tax Sale and Adjudication Sale, including but not limited to abstracts and mortgage certificates.

**REQUEST NO. 12**

Copies of all internal communications, including but not limited to emails, text messages, memoranda, notes, letters, reports, meeting minutes, and messages (including all forms of electronic messaging), between or among Your employees, officers, members, managers, departments, and or agents that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 13**

Copies of all communications, including but not limited to emails, text messages, memoranda, notes, letters, reports, meeting minutes, and messages (including all forms of electronic messaging), between or among You (including, but not limited to Your employees, officers, departments, and or agents) and any third party (including, but not limited to the City of New Orleans, Civicsource, Archon Information Systems, and any other vendor) that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 14**

Copies of any and all documents bearing the signature of Plaintiff, Gwendolyn Reado, or Taylor Reado.

**REQUEST NO. 15**

Copies of any and all audio or video recordings that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 16**

Copies of any and all contracts or other agreements between you and any contractors or vendors that provided you with any services whatsoever related to the Tax Sale, the Adjudication Sale, or the Property.

**REQUEST NO. 17**

Print offs, comma delimited files, and or screenshots of any and all information related to the Tax Sale, the Adjudication Sale, or the Property that is contained in any computer software, applications, and/or electronic programs that You utilize.

**REQUEST NO. 18**

Copies of any and all documents related to any inquiry that You made or research that You conducted concerning the Property or the property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana at any time before or after the Adjudication Sale.

**REQUEST NO. 19**

A copy of any documents disclosed or described in Your Initial Disclosures.

**REQUEST NO. 20**

A copy of Your entire file concerning the Property, the property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana, the Tax Sale, the Adjudication Sale, and any auction(s) related thereto.

These requests for production of documents are deemed continuing so as to require supplemental responses with respect to any and all questions, and particularly with regard to any exhibits or demonstrative evidence to be used at trial.

**PLEASE NOTE**:

You are requested to provide Answers to Request for Production of Documents and documents produced in response thereto in a shareable electronic format.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUESTS FOR ADMISSION TO SERPIL PROPERTIES LLC

TO:   **Serpil Properties LLC**
**Through attorney of record:**
**Kyle S. Sclafani**
**4130 Canal Street, Suite A**
**New Orleans, Louisiana 70119**

These Requests for Admission are propounded under authority of Rule 36 of the Federal Rules of Civil Procedure. These Requests for Admission are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof. These Requests for Admission are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following definitions apply to the terms used in these Requests for Admission:

1. "You", "Your" or "Defendant" means **Serpil Properties LLC** and/or any attorneys, agents, officials, appointees, principals, members, managers, employees and/or representatives acting on behalf of **Serpil Properties LLC** at any time.

2. The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3. The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4. The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5. The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6. "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7. "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8. "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control. By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

**REQUEST FOR ADMISSION NO. 1:**

Admit that You placed one or more bid(s) for the purchase of the Property in an auction that was conducted on the website called Civicsource.com.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the auction in which you placed one or more bid(s) for the purchase of the Property on the website called Civicsource.com resulted in the Adjudication Sale.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the URL for the auction on Civicsource.com in which You placed one or more bid(s) for the purchase of the Property was https://www.civicsource.com/auctions/cno/150145.

**REQUEST FOR ADMISSION NO. 4:**

Admit that when You placed one or more bid(s) in the auction for the purchase of the Property, that You were bidding to purchase both the Property and another property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana for a single price.

**REQUEST FOR ADMISSION NO. 5:**

Admit that You were the winner of the auction for the purchase of the Property and another property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana with a high bid of $121,800.00.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
*Attorney for Plaintiff, Danielle Reado*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

### NOTICE OF DEPOSITION OF DANIELLE READO

---

**TO:    DANIELLE READO**
*Through her counsel of record:*
Paul W. Pritchett
PRITCHETT LEGAL SERVICES, LLC
2930 Banks Street
New Orleans, Louisiana 70119

Please take notice that Defendant CITY OF NEW ORLEANS (the "City"), through undersigned counsel, will take the deposition of Plaintiff, DANIELLE READO, scheduled to commence on **September 24, 2025** at **10:00am** at Sher Garner Cahill Richter Klein & Hilbert, LLC, 909 Poydras Street, 28th Floor, New Orleans, Louisiana 70112. The deposition will be taken for all purposes, including use at trial, pursuant to the Federal Rules of Civil Procedure. The deposition will be taken before a court reporter or other official duly authorized to administer oaths and record oral testimony. You are invited to attend and participate as you deem appropriate.

[Signature block on following page]

Respectfully submitted,

Dated: August 4, 2025

/s/ *Grant G. Butler*
JAMES M. GARNER (# 19589)
JOSHUA S. FORCE (# 21975)
GRANT G. BUTLER (# 40300)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone:     (504) 299-2100
Facsimile:     (504) 299-2300
Email:           jgarner@shergarner.com
                    jforce@shergarner.com
                    gbutler@shergarner.com

– and –

JASMINE L. BANDY (# 40961)
Assistant City Attorney
JAMES M. ROQUEMORE (# 40035)
Deputy City Attorney
CORWIN ST. RAYMOND (# 31330)
Chief Deputy City Attorney
DONESIA D. TURNER (# 23338)
City Attorney
**CITY OF NEW ORLEANS**
1300 Perdido Street, Room 5E03
New Orleans, Louisiana  70112
Telephone:     (504) 658-9800
Facsimile:     (504) 658-9868
Email:           Jasmine.Bandy@nola.gov
                    James.Roquemore@nola.gov

Attorneys for Defendant
CITY OF NEW ORLEANS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

### NOTICE OF DEPOSITION OF GWENDOLYN READO

---

**TO:    GWENDOLYN READO**
*Through her representative duly authorized to accept service on her behalf:*
Paul W. Pritchett
PRITCHETT LEGAL SERVICES, LLC
2930 Banks Street
New Orleans, Louisiana 70119

Please take notice that Defendant CITY OF NEW ORLEANS (the "City"), through undersigned counsel, will take the deposition of GWENDOLYN READO, scheduled to commence on **September 24, 2025** at **10:00am** at Sher Garner Cahill Richter Klein & Hilbert, LLC, 909 Poydras Street, 28th Floor, New Orleans, Louisiana 70112. The deposition will be taken for all purposes, including use at trial, pursuant to the Federal Rules of Civil Procedure. The deposition will be taken before a court reporter or other official duly authorized to administer oaths and record oral testimony. You are invited to attend and participate as you deem appropriate.

[Signature block on following page]

Respectfully submitted,

Dated: August 27, 2025                    /s/ *Grant G. Butler*
                                          JAMES M. GARNER (# 19589)
                                          JOSHUA S. FORCE (# 21975)
                                          GRANT G. BUTLER (# 40300)
                                          **SHER GARNER CAHILL RICHTER**
                                          **KLEIN & HILBERT, L.L.C.**
                                          909 Poydras Street, 28th Floor
                                          New Orleans, Louisiana  70112-1033
                                          Telephone:     (504) 299-2100
                                          Facsimile:     (504) 299-2300
                                          Email:         jgarner@shergarner.com
                                                         jforce@shergarner.com
                                                         gbutler@shergarner.com

                                          – and –

                                          JASMINE L. BANDY (# 40961)
                                          Assistant City Attorney
                                          JAMES M. ROQUEMORE (# 40035)
                                          Deputy City Attorney
                                          CORWIN ST. RAYMOND (# 31330)
                                          Chief Deputy City Attorney
                                          DONESIA D. TURNER (# 23338)
                                          City Attorney
                                          **CITY OF NEW ORLEANS**
                                          1300 Perdido Street, Room 5E03
                                          New Orleans, Louisiana  70112
                                          Telephone:     (504) 658-9800
                                          Facsimile:     (504) 658-9868
                                          Email:         Jasmine.Bandy@nola.gov
                                                         James.Roquemore@nola.gov

                                          Attorneys for Defendant
                                          CITY OF NEW ORLEANS