# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-JVM** |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| **CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN MEERVELD** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte/ Unopposed Motion to Continue Trial and Extend All Unexpired Pre-Trial Deadlines:

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The trial date and trial-related deadlines (including the pretrial order, pretrial conference, motions in limine, and exhibit exchanges) are continued and will be reset at a subsequent scheduling conference.

**IT IS FURTHER ORDERED** that the following pretrial deadlines are reset as follows:

| Deadline | Due Date |
|---|---|
| Scheduling conference to reset trial date and trial related deadlines | Within 30 days after Defendants file their Answers (date and time to be set by the Court) |
| Plaintiff's expert reports | Obtained and delivered to counsel for Defendants as soon as possible, but in no event later than 90 days after Defendants file their Answers. |
| Defendant's expert reports | Obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than 20 days after Plaintiff's expert reports are due. |
| Witness lists | Filed and served upon opponents no later than 30 days after Defendants' expert reports are due. |
| Exhibit lists | Filed and served upon opponents no later than 30 days after Defendants' expert reports are due. |
| Depositions and other discovery | Completed no later than 30 days after Defendants' expert reports are due. |

| Non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and Daubert motions. | Filed no later than 30 days after Defendants' expert reports are due. |
|---|---|
| Responses/oppositions to non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and Daubert motions. | Filed no later than 6 days after motions are filed |
| Reply brief deadline & motion submission date | Filed no later than 8 days after oppositions are filed |

**IT IS FURTHER ORDERED** that all other provisions of the Court's February 14, 2025 Scheduling Order (R. Doc. 18) remain in effect except as expressly modified herein

New Orleans, Louisiana this _____ day of _____, 2025.

> UNITED STATES DISTRICT JUDGE
> SARAH S. VANCE