UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | CIVIL ACTION NO. 2:24-cv-2451-SSV-JVM |
| | * | |
| **VERSUS** | * | |
| | * | JUDGE SARAH S. VANCE |
| | * | |
| **CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC** | * | MAGISTRATE JANIS VAN MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION TO EXPEDITE
CONSIDERATION OF PLAINTIFF'S MOTION
TO CONTINUE TRIAL AND EXTEND
ALL UNEXPIRED PRETRIAL DEADLINES**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Danielle Reado, who respectfully moves the Court to expedite consideration of her pending Ex Parte / Unopposed Motion to Continue Trial and Extend All Unexpired Pretrial Deadlines ("Motion to Continue"). (R. Doc. 39) In that motion, Plaintiff requests that the current trial date and all unexpired pretrial deadlines be continued and reset to run from ninety (90) days after Defendants file their Answers and affirmative defenses, with subsequent deadlines adjusted in similar relative intervals as the current scheduling order. Defendants have been consulted and do not oppose the requested continuance.

Expedited consideration is necessary because Plaintiff's expert disclosures are currently due on October 10, 2025, less than thirty days from the filing of this motion, and the discovery cutoff, witness and exhibit lists, dispositive motions, and Daubert motions are all due on November 12, 2025, less than sixty days away. Absent prompt resolution, Plaintiff will be required to prepare and serve expert reports, complete discovery, and brief motions under a schedule that may soon be vacated or modified, resulting in unnecessary expense and prejudice. Because Defendants' Rule

1

12 motions remain pending and their responsive pleadings are not yet due under Rule 12(a)(4), Plaintiff cannot fairly complete discovery, prepare expert reports, or file motions without knowing Defendants' defenses. Expedited consideration will therefore conserve the resources of the parties and the Court by ensuring that discovery, expert work, and motion practice proceed under the schedule ultimately governing this matter.

**WHEREFORE**, Plaintiff respectfully prays that this Court grant this Motion to Expedite and take up for immediate consideration Plaintiff's Ex Parte / Unopposed Motion to Continue Trial and Extend All Unexpired Pretrial Deadlines.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 16, 2025, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Paul W. Pritchett