UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | CIVIL ACTION NO. 2:24-cv-2451-SSV-JVM |
| | * | |
| **VERSUS** | * | |
| | * | JUDGE SARAH S. VANCE |
| | * | |
| **CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC** | * | |
| | * | MAGISTRATE JANIS VAN MEERVELD |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion to Expedite Consideration of Plaintiff's Motion to Continue Trial and Extend All Unexpired Pretrial Deadlines:

**IT IS HEREBY ORDERED** that the motion is GRANTED. Plaintiff's Ex Parte / Unopposed Motion to Continue Trial and Extend All Unexpired Pretrial Deadlines shall be taken up for immediate consideration by the Court.

New Orleans, Louisiana this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
SARAH S. VANCE

3