UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIELLE READO | CIVIL ACTION |
| VERSUS | NO. 24-2451 |
| CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is plaintiff's unopposed motion to continue trial and extend all unexpired pre-trial deadlines.[1]  Plaintiff requests this extension because defendants have not yet served an Answer or affirmative defenses to Plaintiff's First Amended Complaint as their Rule 12 motions remain pending before the Court.[2]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted).  Whether to grant or deny a continuance is within the

---

[1]   R. Doc. 39.
[2]   *Id.* at 1.

sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The Court finds that there is good cause to modify the scheduling order. The Court will hold a scheduling conference **BY TELEPHONE** on **OCTOBER 21, 2025, at 10:30 a.m.** for the purpose of re-scheduling the pre-trial conference and trial on the merits, and for a discussion of the status of the case and discovery deadlines. All deadlines established in the scheduling order on February 14, 2025[3] which have not expired are reset. The parties shall call in for the teleconference using phone number (833) 990-9400 and access code 124518418. The Court will be represented by its Case Manager.

---

3      R. Doc. 18.

New Orleans, Louisiana, this __24th__ day of September, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE