UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE READO, | * | CIVIL ACTION |
| *Plaintiff* | * | NO. 24-2451 |
| | * | |
| VERSUS | * | SECTION: "R" (1) |
| | * | |
| CITY OF NEW ORLEANS AND | * | JUDGE SARAH S. VANCE |
| SERPIL PROPERTIES LLC, | * | |
| *Defendants* | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a status conference shall be held via VIDEO CONFERENCE on **Friday, September 26, 2025**, at **1:30 p.m.**, before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this 25th day of September, 2025.

                                                   _____
                                                             Janis van Meerveld
                                                       United States Magistrate Judge