UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE READO,<br>   *Plaintiff* | * <br> * <br> * | CIVIL ACTION <br> NO. 24-2451 |
| VERSUS | * <br> * | SECTION: "R" (1) |
| CITY OF NEW ORLEANS AND<br>SERPIL PROPERTIES LLC,<br>   *Defendants* | * <br> * <br> * <br> * | JUDGE SARAH S. VANCE <br><br> MAGISTRATE JUDGE <br> JANIS VAN MEERVELD |

**ORDER RESCHEDULING STATUS CONFERENCE**

**IT IS ORDERED** that the status conference scheduled for Friday, September 26, 2025, at 1:30 p.m., is hereby **RESCHEDULED** for **Wednesday, October 1, 2025, at 9:00 a.m.** The conference shall be held via VIDEO CONFERENCE before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this 26th day of September, 2025.

                                                        Janis van Meerveld
                                           United States Magistrate Judge