UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIELLE READO | CIVIL ACTION |
| VERSUS | NO. 24-2451 |
| CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is plaintiff's unopposed motion to expedite consideration of plaintiff's motion to continue trial and extend all unexpired pre-trial deadlines.[1] The Court issued an Order granting the motion to continue on September 24, 2025.[2] Accordingly, plaintiff's motion to expedite is DENIED as MOOT.

New Orleans, Louisiana, this 29th day of September, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 40.
[2]   R. Doc. 41.