UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIELLE READO                                                       CIVIL ACTION

VERSUS                                                               NO. 24-2451

SERPIL PROPERTIES, LLC, ET AL.                                       SECTION: R (1)

A Preliminary Conference was held October 21, 2025.

       Participating were:
       Paul Pritchett
       Kyle S. Sclafani, Grant Gallwey Butler , I

Counsel adding new parties subsequent to mailing of this notice shall serve on each new party a copy of this order. Responsive pleadings, when required, shall be filed within the applicable deadlines.

Plaintiff's expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) shall be delivered to counsel for Defendant as soon as possible, but in no event later than **JUNE 5, 2026**.

Defendant's expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) shall be delivered to counsel for Plaintiff as soon as possible, but in no event later than **JUNE 25, 2026.** There will be no rebuttal expert reports.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or the Local Rules of this Court are established.

Depositions for trial use shall be taken and all other discovery shall be completed no later than **JULY 7, 2026.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, including the address and telephone number of each witness. Each party shall designate those witnesses whose testimony the party expects to

present by deposition, and include a transcript of the pertinent parts of the deposition. Additionally, each party shall identify the documents or exhibits the party may or will use at trial, separately identifying those items the party expects to offer and those it may offer if the need arises. These disclosures must be made no later than **JULY 7, 2026.**

All non-evidentiary pretrial motions, including dispositive motions and class action certification motions, shall be filed no later than **JULY 7, 2026**. Memoranda in opposition to motions with citations of authorities are to be filed no later than **JULY 14, 2026** . Any reply memoranda shall be filed no later than **JULY 22, 2026**, at which time the motion will be deemed submitted. This Section adheres to Local Rule 78.1 regarding oral argument on motions. **Deposition transcripts submitted in support of motions are to be in an uncompressed format, specifically, double spaced lines on single sided pages.**

Motions challenging the qualifications of expert witnesses, and/or the reliability, or relevance of expert testimony ("*Daubert* motions") shall be filed no later than **JULY 7, 2026**. Memoranda in opposition to motions with citations of authorities are to be filed no later than **JULY 14, 2026.** Any reply memoranda shall be filed no later than **JULY 22, 2026**, at which time the motion will be deemed submitted. This Section adheres to Local Rule 78.1 regarding oral argument on motions.

Motions *in limine* shall be filed on or before **SEPTEMBER 1, 2026**, and responses thereto shall be filed no later than **SEPTEMBER 8, 2026.**

**Motions filed in violation of this order will not be considered unless good cause is shown.**

No later than **AUGUST 17, 2026**, the parties shall exchange copies of exhibits, a list of proposed trial exhibits, as well as deposition designations of proposed trial witnesses. By no later than **AUGUST 20, 2026**, the parties shall exchange objections to exhibits and deposition testimony. Objections shall state the evidentiary grounds for the objections. No later than **AUGUST 21, 2026**, the parties must meet in person, video conference or telephone to arrive at

all possible stipulations and to resolve objections as to the admissibility of exhibits and deposition testimony. The parties shall submit memoranda on any unresolved objections to exhibits or deposition testimony no later than **SEPTEMBER 1, 2026.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE, THAT PARTY SHOULD CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE TO BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A final Pretrial Conference will be held on **SEPTEMBER 3, 2026 AT 11:00 A.M.** Counsel will be prepared in accordance with the Pretrial Notice attached. The pretrial order must be filed electronically through the Court's Electronic Case Filing system by **12:00 P.M. on SEPTEMBER 1, 2026**. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL. The parties shall comply with all deadlines stated in the Pretrial Notice.**

Trial will commence **the week beginning SEPTEMBER 14, 2026 at 8:30 A.M.** before the District Judge **WITH** a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last two days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will usually not be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this __22nd__ day of October, 2025.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

Rev. February 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIELLE READO                                        CIVIL ACTION

VERSUS                                                NO. 24-2451

SERPIL PROPERTIES, LLC, ET AL.                        SECTION: R (1)

### ADDENDUM TO PRELIMINARY CONFERENCE ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

| Settlement Conference | Parties are to contact the assigned Magistrate Judge as soon as possible to schedule but no later than six weeks prior to the pretrial conference date. |
|---|---|
| Plaintiff's expert reports | Obtained and delivered to counsel for defendant as soon as possible, but in no event later than **JUNE 5, 2026**. |
| Defendant's expert reports | Obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **JUNE 25, 2026**. |
| Witness lists | Filed and served upon opponents by **JULY 7, 2026**. |
| Exhibit lists | Filed and served upon opponents by **JULY 7, 2026**. |
| Depositions and other discovery | Completed by **JULY 7, 2026**. |
| Non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and *Daubert* motions. | Filed no later than **JULY 7, 2026** |
| Responses/oppositions to non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and *Daubert* motions. | Filed no later than **JULY 14, 2026** |
| Reply brief deadline & motion submission date | **JULY 22, 2026** |
| Motions in limine (except as to expert testimony) | Filed no later than **SEPTEMBER 1, 2026**. |
| Exchange copies of exhibits, a list of proposed trial exhibits, as well as deposition designations of proposed trial witnesses. | Filed no later than **AUGUST 17, 2026**. |
| Exchange objections to exhibits and deposition testimony. Objections shall | Filed no later than **AUGUST 20, 2026**. |

| | |
|---|---|
| state the evidentiary grounds for the objections. | |
| Meet in person, video conference or telephone to arrive at all possible stipulations and to resolve objections as to the admissibility of exhibits and deposition testimony. | No later than **AUGUST 21, 2026**. |
| Submit memoranda on any unresolved objections to exhibits or deposition testimony. | Filed no later than **SEPTEMBER 1, 2026.** |
| Pretrial Order | Filed electronically by 12:00 P.M. on **SEPTEMBER 1, 2026** |
| Pretrial conference date and time | **SEPTEMBER 3, 2026 AT 11:00 A.M.** |
| Responses/oppositions to motions in limine (other than those regarding admissibility of expert testimony) | Filed no later than **SEPTEMBER 8, 2026.** |
| Trial date and time | **SEPTEMBER 14, 2026 at 8:30 A.M.** |