# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "R" cases are hereby reallotted to Judge William Crain, Section "C" of this Court, effective as of the date of this Order.

**Civil cases:**

1. 23-cv-1775    Hughes v. Uber
2. 23- cv-6514    J.M v. Louisiana High School Athletic Ass'n
3. 24- cv-2191    In re Arrowhead (i.e. "Royal Alice Properties")
4. 24- cv-2409    Seacor v. GOL
5. 24- cv-2451    Reado v. Serpil Properties LLC et al
6. 25- cv-44    Coleman v. Farina
7. 25- cv-1293    Lopez v. Ramirez et al
8. 25- cv-1715    Loya v. Wildman et al
9. 25- cv-1978    Verdin, et al. v. Champagne, et al.

**Criminal case:**

24-cr-146    United States v. Wallace

New Orleans, Louisiana, January 2, 2026.

**WENDY B. VITTER, Chief Judge**
**United States District Court**