UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | **MAGISTRATE JANIS VAN** |
| **SERPIL PROPERTIES LLC** | * | **MEERVELD** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO STAY</u>

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Danielle Reado, who respectfully moves this Court for an order temporarily staying these proceedings pending issuance of the United States Supreme Court's decision in *Pung v. Isabella County*, vacating or suspending existing pretrial deadlines, and continuing the current trial date.

The constitutional issues presently before the United States Supreme Court in *Pung* directly overlap with constitutional claims previously dismissed by this Court and may materially affect the constitutional framework governing this litigation. The presently pending expert, discovery, and dispositive motion deadlines will likely expire before the Supreme Court issues its decision in *Pung*, thereby creating a substantial risk of unnecessary and incomplete litigation activity absent a temporary stay.

**WHEREFORE**, for these reasons and for those more fully set forth in the accompanying Memorandum in Support, Plaintiff, Danielle Reado, respectfully prays that this Court grant this Motion to Stay and enter an order temporarily staying these proceedings pending issuance of the United States Supreme Court's decision in *Pung v. Isabella County*, vacating or suspending the

1

current pretrial deadlines, continuing the current trial date, and granting all other relief that the

Court deems just and proper.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
  **PAUL W. PRITCHETT (#36926)**
  2930 Banks Street
  New Orleans, Louisiana 70119
  Telephone: 602-402-6264
  Email: ppritchett@pritchettlegal.com
  *Attorney for Plaintiff, Danielle Reado*


**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on May 19, 2026, the foregoing was filed electronically using

the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Paul W. Pritchett

2