| No. 25-95 |
|---|

| Title: | **Michael Pung, Personal Representative of the Estate of Timothy Scott Pung, Petitioner** **v.** **Isabella County, Michigan** |
|---|---|
| Docketed: | July 24, 2025 |
| Linked with: | 24A1102 |
| Lower Ct: | United States Court of Appeals for the Sixth Circuit |
| Case Numbers: | (22-1919, 22-1939) |
| Decision Date: | January 28, 2025 |
| Rehearing Denied: | February 26, 2025 |

**Questions Presented (../qp/25-00095qp.pdf)**

---

**Proceedings and Orders**

| May 13 2025 | Application (24A1102) to extend the time to file a petition for a writ of certiorari from May 27, 2025 to July 25, 2025, submitted to Justice Kavanaugh. |
|---|---|
| | Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/358744/20250513165250498_Application%20for%20Extension%20of%20Time%20-%20Pung.pdf) |
| | Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/358744/20250513165259977_Proof%20of%20Service.pdf) |

| May 16 2025 | Application (24A1102) granted by Justice Kavanaugh extending the time to file until July 25, 2025. |
|---|---|

| Jul 22 2025 | Petition for a writ of certiorari filed. (Response due August 25, 2025) |
|---|---|
| | Petition (https://www.supremecourt.gov/DocketPDF/25/25-95/365731/20250722101235741_250715a%20Petition%20for%20efiling.pdf) |
| | Appendix (https://www.supremecourt.gov/DocketPDF/25/25-95/365731/20250722101251035_250715a%20Appendix%20for%20efiling.pdf) |
| | Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/365731/20250722101302172_250715%20Certificate%20of%20Word%20Count%20Complianc |
| | Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/365731/20250722101314986_250715%20Affidavit%20of%20Service.pdf) |

| Aug 13 2025 | Brief of respondent Isabella County, Michigan in opposition filed. |
|---|---|
| | Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/369556/20250813115130886_25-95%20Brief%20in%20Opposition.pdf) |
| | Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/369556/20250813115140310_25-95%20COC.pdf) |
| | Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/369556/20250813115147384_25-95%20AOS.pdf) |

| Aug 27 2025 | DISTRIBUTED for Conference of 9/29/2025. |
|---|---|

| Sep 12 2025 | Reply of petitioner Michael Pung filed. (Distributed) |
|---|---|
| | Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/374491/20250912101330573_250914a%20Reply%20for%20efiling.pdf) |
| | Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/374491/20250912101336053_Certificate%20of%20Word%20Count%20Compliance.pdf) |
| | Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/374491/20250912101347804_Affidavit%20of%20Service.pdf) |

| Oct 03 2025 | Petition GRANTED. |
|---|---|

| Oct 22 2025 | Motion for an extension of time to file the joint appendix and petitioner's brief on the merits submitted. |
|---|---|
| | Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/380286/20251022120021124_2025-10-22%20Petition%20Letter%20to%20Clerk%20Harris.pdf) |

Exhibit 1

| | |
|---|---|
| Oct 23 2025 | Motion for an extension of time to file the briefs on the merits filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/380441/20251023164403501_Pung%20-%20Motion%20for%20Extension%20of%20Time.pdf)** |
| Nov 05 2025 | Motion to extend the time to file the briefs on the merits granted. The time to file the joint appendix and petitioner's brief on the merits is extended to and including December 1, 2025. The time to file respondent's brief on the merits is extended to and including January 12, 2026. |
| Nov 21 2025 | Brief amicus curiae of Joseph Donald Bourgeois filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/385403/20251121131456690_25-95acJosephDonaldBourgeois.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/385403/20251121131506869_No.%2025-95%20George%20Washington%20University%20Law%20Sch**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/385403/20251121131513129_No.%2025-95%20George%20Washington%20University%20La** |
| Dec 01 2025 | Brief of petitioner Michael Pung filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/385968/20251201104412403_25-95%20Merits%20Brief%20efiling.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/385968/20251201104419804_25-95%20Certificate%20of%20Word%20Count%20Compliance**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/385968/20251201104525187_25-95%20Brief%20Affidavit%20of%20Service.pdf)** |
| Dec 01 2025 | Joint appendix filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/385969/20251201105448074_25-95%20JA%20efiling.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/385969/20251201105516275_25-95%20JA%20Affidavit%20of%20Service.pdf)** |
| Dec 05 2025 | Brief amicus curiae of Professor Beth A. Colgan filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386542/20251205131854100_251203a%20AC%20Brief%20for%20efiling.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386542/20251205131919990_251203%20Certificate%20of%20Word%20Count%20Complian**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386542/20251205131937344_251203%20Affidavit%20of%20Service.pdf)** |
| Dec 08 2025 | Brief amicus curiae of AARP, et al. filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386682/20251208122637526_25-95%20Amicus%20Brief.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386682/20251208122649803_25-95%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386682/20251208122659163_25-95%20Service%20Affidavit.pdf)** |
| Dec 08 2025 | Brief amicus curiae of Chamber of Commerce of the United States filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386737/20251208152557970_25-95--Chamber%20Amicus%20Brief%2012-08%20rtf.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386737/20251208152614770_25-95--Chamber%20Amicus%20Brief%20-%20COS%2012-08%20rtf.pd**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386737/20251208152605485_25-95--Chamber%20Amicus%20Brief%20-%20COC%2012-08** |
| Dec 08 2025 | Brief amicus curiae of The Mackinac Center Legal Foundation filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386672/20251208120801113_25-95%20Amicus%20Brief.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386672/20251208120812980_25-95%20Affidavit%20of%20Service.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386672/20251208120807868_25-95%20Certificate%20of%20Compliance.pdf)** |
| Dec 08 2025 | Brief amici curiae of The Buckeye Institute, et al. filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386676/20251208121555256_Amicus%20Brief%20of%20The%20Buckeye%20Institute%20et%20al.%2**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386676/20251208121611661_25-95%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386676/20251208121622183_25-95%20Service%20Affidavit.pdf)** |
| Dec 08 2025 | Brief amici curiae of Maryland Legal Aid, et al. filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386718/20251208144254439_MLA%20Pung%20amicus%20brief_final%20formatted.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386718/20251208144303689_25-95%20Maryland%20Legal%20Aid%20COS.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386718/20251208144312778_25-95%20Maryland%20Legal%20Aid%20COC.pdf)** |
| Dec 08 2025 | Brief amicus curiae of Institute for Justice filed.<br><br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386635/20251208091316840_Pung%20v.%20Isabella%20County%20-%20Institute%20for%20Justice%**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386635/20251208091335267_Pung%20v.%20Isabella%20County%20-%20Institute%20for%2**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386635/20251208091344920_Pung%20v.%20Isabella%20County%20-%20Institute%20for%20Justice%** |

| | |
|---|---|
| Dec 08 2025 | Brief amicus curiae of National Taxpayers Union Foundation filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386771/20251208171441159_NTUF%20Brief%20in%20Pung%20v%20Isabella%20County%202025-12**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386771/20251208171543812_Pung%20Certificate%20of%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386771/20251208171558081_Pung%20Certificate%20of%20Service.pdf)** |
| Dec 08 2025 | Brief amicus curiae of Constitutional Accountability Center filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386646/20251208100957943_Pung%20CAC%20Brief%20FINAL.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386646/20251208101012728_Pung%20Certificate%20of%20Compliance%20FINAL.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386646/20251208101023690_Pung%20Proof%20of%20Service%20FINAL.pdf)** |
| Dec 08 2025 | Brief amici curiae of New Disabled South, et al. filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386732/20251208151138992_25-95%20Amici%20Brief.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386732/20251208151145650_25-95%20Certificate%20of%20Compliance.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386732/20251208151152095_25-95%20Affidavit%20of%20Service.pdf)** |
| Dec 08 2025 | Brief amicus curiae of United States in support of neither party filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386784/20251208191320751_25-95_Pung_FINAL.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386784/20251208191644797_revised%20certificate.%2025-95.pdf)** |
| Dec 08 2025 | Brief amici curiae of National Association of Realtors®, et al. filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386769/20251208170652710_25-95%20tsac%20NAR.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386769/20251208170658046_25-95%20tsac%20COC.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386769/20251208170703552_25-95%20tsac%20COS.pdf)** |
| Dec 08 2025 | Brief amicus curiae of Legal Services of New Jersey filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386692/20251208130128128_251204a%20LSNJ%20AC%20Brief%20for%20efiling.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386692/20251208130141473_251204%20Certificate%20of%20Word%20Count%20Complian**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386692/20251208130151368_251204%20Affidavit%20of%20Service.pdf)** |
| Dec 08 2025 | Amici brief of Citizen Action Defense Fund, et al. not accepted for filing. (To be corrected - December 11, 2025) |
| Dec 08 2025 | Brief amici curiae of Citizen Action Defense Fund, et al. filed. (Corrected)<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/387085/20251211133230701_Pung%20merits-stage%20-%20FINAL.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/387085/20251211133244050_Pung%20merits-stage%20-%20certificate%20of%20complian**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/387085/20251211133301145_Pung%20merits-stage%20-%20affidvit%20of%20service.pdf)** |
| Dec 08 2025 | Brief amicus curiae of National Consumer Law Center filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386709/20251208142155176_25-95%20Pung%20NCLC%20amicus%20brief.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386709/20251208142211041_25-95%20Certificate%20of%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386709/20251208142225184_25-95%20Proof%20of%20Service.pdf)** |
| Dec 08 2025 | Brief amicus curiae of Pioneer New England Legal Foundation filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386750/20251208155124723_25-95%20Brief%20of%20Amicus%20Curiae%20PNELF.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386750/20251208155151588_25-95%20Word%20Count%20Certification.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386750/20251208155206923_25-95%20Proof%20of%20Service.pdf)** |
| Dec 08 2025 | Brief amici curiae of Cato Institute, et al. filed.<br>**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/386762/20251208163759468_Pung%20Brief%20Main%20Document.pdf)**<br>**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/386762/20251208163820327_Pung%20Certificate%20of%20Word%20Count.pdf)**<br>**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/386762/20251208164037006_Pung%20Certificate%20of%20Service.pdf)** |

| | |
|---|---|
| Dec 08 2025 | Brief amici curiae of Cyrus Sanai, et al. filed.<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/387458/20251215151753381_Pung%20Amicus%20v11%20FINAL-1.pdf)<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/387458/20251215152121469_Certificate%20of%20Word%20Count%20Pung%20v3.pdf)<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/387458/20251215152522527_Certificate%20of%20Service%20Pung%20v2.pdf) |
| Jan 02 2026 | SET FOR ARGUMENT on Wednesday, February 25, 2026. |
| Jan 06 2026 | Record requested from the United States Court of Appeals for the Sixth Circuit. |
| Jan 09 2026 | Record received from the United States Court of Appeals for the Sixth Circuit. The record is electronic and is available on PACER. |
| Jan 12 2026 | Brief of respondent Isabella County, Michigan filed.<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/391408/20260112132632586_Pung%20v%20Isabella%20County%20-%20Respondent%20Brief.pdf)<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/391408/20260112132708050_Pung%20v%20Isabella%20County%20-%20Word%20Count%20(<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/391408/20260112132734866_Pung%20v%20Isabella%20County%20-%20Affidavit%20of%20Service.p |
| Jan 14 2026 | Amicus brief of Oakland County not accepted for filing. (To be corrected - January 15, 2026) |
| Jan 14 2026 | Brief amicus curiae of Oakland County, Michigan filed. (Corrected)<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/391904/20260116094949514_25-95%20Amicus%20Brief%20of%20Oakland%20County.pdf)<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/391904/20260116095004473_Certificate%20of%20Word%20Count.pdf)<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/391904/20260116095016980_Proof%20of%20Service.pdf) |
| Jan 15 2026 | Brief amici curiae of Michigan Association of Counties, et al. filed.<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/391782/20260115092604887_IsabellaMAC_Amicus%20Document%20January%2015%202026%20EFil<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/391782/20260115092610808_IsabellaMAC_Amicus%20Certificate%20Word%20Count%20Ja<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/391782/20260115092616547_IsabellaMAC_Amicus%20Certificate%20Service%20January%2015%20202 |
| Jan 15 2026 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument filed.<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/391860/20260115161417011_25-95_Pung_Mot_for_Divided_Arg_FINAL.pdf)<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/391860/20260115161444729_certificate.25-95.pdf) |
| Jan 16 2026 | Amicus brief of New York Association of Towns not accepted for filing. (To be corrected - January 21, 2026) |
| Jan 16 2026 | Brief amici curiae of New York Association of Towns, et al. filed. (Corrected) (Distributed)<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/392680/20260124125332210_Final%20Pung%20Amicus%20Brief%20-%20Amended.pdf)<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/392680/20260124125504868_Pung%20Amended%20Certificate%20of%20Word%20Count.pd<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392680/20260124125513602_Pung%20Amended%20Proof%20of%20Service.pdf)<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392680/20260124125521371_Pung%20Proof%20of%20Service.pdf) |
| Jan 20 2026 | Brief amici curiae of Michigan, et al. filed. (Distributed)<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/392192/20260120161624658_25-95%20Pung%20Amicus%20Brief%20-%20FINAL%20A.pdf)<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/392192/20260120161634775_25-95%20Pung%20COS%20for%20Amicus%20Brf%20A.pdf)<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392192/20260120161647843_25-95%20Pung%20PS%20for%20Amicus%20Brf%20A.pdf) |
| Jan 20 2026 | Brief amicus curiae of Wisconsin Counties Association filed. (Distributed)<br>Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/392224/20260120180817940_25-95%20Brief.pdf)<br>Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392224/20260120180834851_25-95%20Service%20Affidavit.pdf)<br>Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/392224/20260120180826040_25-95%20Word%20Count.pdf) |

| | |
|---|---|
| Jan 20 2026 | Brief amicus curiae of National Tax Lien Association filed. (Distributed) |
| | **Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/392166/20260120150340661_25-95%20Amicus%20Brief.pdf)** |
| | **Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/392166/20260120150349884_25-95%20Word%20Count.pdf)** |
| | **Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392166/20260120150400270_25-95%20Proof%20of%20Service.pdf)** |
| Jan 20 2026 | Brief amici curiae of Hennepin County, Minnesota, et al. filed. (Distributed) |
| | **Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/392198/20260120163126617_25-95_Amicus%20Brief.pdf)** |
| | **Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/392198/20260120163131632_25-95_Certificate%20of%20Word%20Count.pdf)** |
| | **Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392198/20260120163136550_25-95_Proof%20of%20Service.pdf)** |
| Jan 20 2026 | Brief amici curiae of Local Government Legal Center, et al. filed. (Distributed) |
| | **Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/392208/20260120171434181_Pung%20v.%20Isabella%20County%20-%20IMLA%20Amicus%20Brief.p** |
| | **Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/392208/20260120171452851_COC%20-%20Pung%20v%20Isabella%20County%20-%20IMLA** |
| | **Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/392208/20260120171512333_COS%20-%20Pung%20v%20Isabella%20County%20-%20IMLA%20Amic** |
| Jan 21 2026 | CIRCULATED |
| Jan 26 2026 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument GRANTED. |
| Feb 10 2026 | Reply of petitioner Michael Pung filed. (Distributed) |
| | **Main Document (https://www.supremecourt.gov/DocketPDF/25/25-95/395947/20260210152633375_260214a%20Reply%20for%20efiling.pdf)** |
| | **Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-95/395947/20260210152639953_260214%20Certificate%20of%20Word%20Count%20Complian** |
| | **Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-95/395947/20260210152648002_260214%20Affidavit%20of%20Service.pdf)** |
| Feb 25 2026 | Argued. For petitioner: Philip L. Ellison, Hemlock, Mich. For United States, as amicus curiae: Frederick Liu, Assistant to the Solicitor General, Department of Justice, Washington, D. C. For respondent: Matthew T. Nelson, Grand Rapids, Mich. |

## Attorneys

### Attorneys for Petitioner

Philip Lee Ellison
*Counsel of Record*

> Outside Legal Counsel PLC
> 530 West Saginaw St
> PO Box 107
> Hemlock, MI 48626
>
> pellison@olcplc.com
> Ph: 989-642-0055
>
> Party name: Michael Pung

### Attorneys for Respondent

Matthew T. Nelson
*Counsel of Record*

> Warner Norcross + Judd LLP
> 150 Ottawa Avenue NW
> Suite 1500
> Grand Rapids, MI 49503
>
> mnelson@wnj.com
> Ph: (616) 752-2539
>
> Party name: County of Isabella, Michigan

Douglas James Curlew

Cummings, McClorey, Davis & Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152

dcurlew@cmda-law.com
Ph: 734 261-2400

Party name: County of Isabella, Michigan

**Other Attorneys**

D. John Sauer
*Counsel of Record*

Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

supremectbriefs@usdoj.gov
Ph: 202-514-2217

Party name: United States

Frank Joseph Bailey
*Counsel of Record*

Pioneer Legal, LLC
185 Devonshire Street
Boston, MA 02110

frank.bailey@pioneerlegal.org
Ph: 6178779511

Party name: Pioneer New England Legal Foundation

Jay Randall Carson
*Counsel of Record*

The Buckeye Institute
88 East Broad Street
Suite 1300
Columbus, OH 43215

j.carson@buckeyeinstitute.org
Ph: (614) 224-4422

Party name: The Buckeye Institute, National Federation of Independent Business Small Business Legal Center, Inc., Competitive Enterprise Institute, Mountain States Legal, Illinois Policy Institute, and Owners' Counsel of America

Beth A. Colgan
*Counsel of Record*

UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095

colgan@law.ucla.edu
Ph: 3108256996

Party name: Beth A. Colgan

Frances L. Diaz
*Counsel of Record*

Law Offices of Frances L. Diaz
8306 Wilshire Blvd.
#263
Beverly Hills, CA 90211

francesdiaz@frontier.com
Ph: 3109275086

Party name: Cyrus Sanai and Peyman Roshan

John Patrick Elwood
*Counsel of Record*

    Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Ave., NW
    Washington, DC 20001

    john.elwood@arnoldporter.com
    Ph: (202) 942-5992

    Party name: Chamber of Commerce of the United States


Maryann Patrice Flanigan Sutherland
*Counsel of Record*

    Legal Services of New Jersey
    100 Metroplex Drive, Suite 101
    Edison, NJ 08818

    mflanigan@lsnj.org
    Ph: 7325729100

    Party name: Legal Services of New Jersey


Aram Avedis Gavoor
*Counsel of Record*

    The George Washington University
    Administrative Law Issues and Appeals Clinic
    2000 G Street NW
    Washington, DC 20052

    agavoor@law.gwu.edu
    Ph: (202) 994-2505

    Party name: Joseph Donald Bourgeois


Samuel Bracken Gedge
*Counsel of Record*

    Institute for Justice
    901 N. Glebe Road, Suite 900
    Arlington, VA 22203

    sgedge@ij.org
    Ph: (703) 682-9320

    Party name: Institute for Justice


Brianne Jenna Gorod
*Counsel of Record*

    Constitutional Accountability Center
    1730 Rhode Island Ave. NW
    Suite 1200
    Washington, DC 20036

    brianne@theusconstitution.org
    Ph: 202 296 6889

    Party name: Constitutional Accountability Center


Kathleen Nicole Hodgdon
*Counsel of Record*

    Association of Towns of the State of New York
    150 State Street
    Albany, NY 12207

    khodgdon@nytowns.org
    Ph: 5188520717

    Party name: New York Association of Towns

Rebecca Lee Stark Holschuh
*Counsel of Record*

    Hennepin County Attorney's Office
    A-2000 Government Center
    300 South Sixth Street
    Minneapolis, MN 55487

    rebecca.holschuh@hennepin.us
    Ph: (612) 348-4797

    Party name: Hennepin County, Minnesota and The Minnesota County Attorneys Association (MCAA)

William H. Horton
*Counsel of Record*

    Cox, Hodgman & Giarmarco, P.C.
    Columbia Center
    101 W. Big Beaver Road, 10th Floor
    Troy, MI 48084-5280

    bhorton@gmhlaw.com
    Ph: 248-457-7000

    Party name: Oakland County

Andrew Scott Kazin
*Counsel of Record*

    Bronster LLP
    156 West 56th Street
    Suite 703
    New York, NY 10019

    akazin@bronsterllp.com
    Ph: 3472464893

    Party name: National Tax Lien Association

Paul Robert Koster
*Counsel of Record*

    Emory Law School Supreme Court Advocacy Program
    1301 Clifton Road
    Atlanta, GA 30322

    paul.koster@emory.edu
    Ph: 4047273957

    Party name: New Disabled South and Emory Law School Disabled Law Students Association

Gerald Brinton Lucas
*Counsel of Record*

    Jones Day
    51 Louisiana Ave. NW
    Washington, DC 20001

    blucas@jonesday.com
    Ph: 202-879-3939

    Party name: National Association of Realtors®, Michigan realtors®, Wisconsin Realtors® Association, and American Property Owners Alliance

Tyler Leandro Martinez
*Counsel of Record*

    National Taxpayers Union Foundation
    122 C Street, NW
    Suite 700
    Washington, DC 20001

    tmartinez@ntu.org
    Ph: 703-683-5700

    Party name: National Taxpayers Union Foundation

Ali Naini
*Counsel of Record*

AARP Foundation
601 E St NW
Washington, DC 20049

anaini@aarp.org
Ph: 202-734-2528

Party name: AARP and AARP Foundation


Lee H. Ogburn
*Counsel of Record*

Maryland Legal Aid
500 E. Lexington Street
Baltimore, MD 21202

logburn@mdlab.org
Ph: (410) 951-7777

Party name: Maryland Legal Aid and Mountain State Justice, Inc.


John Rao
*Counsel of Record*

National Consumer Law Center, Inc.
7 Winthrop Square
4th Floor
Boston, MA 02110

jrao@nclc.org
Ph: 6175428010

Party name: National Consumer Law Center


Theodore Wilson Seitz
*Counsel of Record*

Dykema Gossett PLLC
201 Townsend, Suite 900
Lansing, MI 48933

tseitz@dykema.com
Ph: (517) 374-9149

Party name: Michigan Association of Counties, Michigan Municipal League, Michigan Townships Association, and Michigan Association of County Treasurers


Ann Maurine Sherman
*Counsel of Record*

Michigan Department of Attorney General
G. Mennen Williams Building
P.O. Box 30212
Lansing, MI 48909

shermana@michigan.gov
Ph: 517-335-7628

Party name: Amici States Michigan, Colorado, Hawai'i, Illinois, Minnesota, Mississippi, New Mexico, South Dakota, Utah, Vermont, Washington, and District of Columbia


Ilya Somin
*Counsel of Record*

Professor of Law, George Mason University
3301 Fairfax Dr.
Arlington, VA 22201

isomin@gmu.edu
Ph: 7039938069

Party name: Cato Institute, et al.


Sam Spiegelman
*Counsel of Record*

Citizen Action Defense Fund
111 21st Avenue SW, Ste. 13
Olympia, WA 98112

sam.spiegelman1@gmail.com
Ph: 2013149505

Party name: Citizen Action Defense Fund, Manhattan Institute, Reason Foundation, and Oregon Property Owners Association


Daniel Robert Suhr

Hughes & Suhr LLC
1341 W. Fullerton Ave.
Suite 171
Chicago, IL 60614

dsuhr@americanrights.org
Ph: 414-588-1658

Party name: Cato Institute, et al.


Matthew Jeffrey Thome
*Counsel of Record*

Attolles Law, s.c.
222 E. Erie Street
Suite 210
Milwaukee, WI 53202

mthome@attolles.com
Ph: 414-285-0825

Party name: The Wisconsin Counties Association


Meaghan Elizabeth McLaine VerGow

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

mvergow@omm.com
Ph: (202)-383-5300

Party name: Michigan Association of Counties, Michigan Municipal League, Michigan Townships Association, and Michigan Association of County Treasurers


Meaghan Elizabeth McLaine VerGow
*Counsel of Record*

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

mvergow@omm.com
Ph: (202)-383-5300

Party name: The Local Government Legal Center, National Association of Counties, National League of Cities, International Municipal Lawyers Association, Government Finance Officers Association, and International City/County Management Association


Derk Arend Wilcox
*Counsel of Record*

Mackinac Center Legal Foundation
140 W. Main Street
Midland, MI 48640

wilcox@mackinac.org
Ph: (989) 631-0900

Party name: The Mackinac Center Legal Foundation