UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | **MAGISTRATE JANIS VAN** |
| **SERPIL PROPERTIES LLC** | * | **MEERVELD** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO EXPEDITE CONSIDERATION
## OF PLAINTIFF'S MOTION TO STAY

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Danielle Reado, who respectfully moves the Court to expedite consideration of her pending Motion to Stay. (R. Doc. 52)

In her Motion to Stay, Plaintiff requests that this Court temporarily stay these proceedings pending issuance of the United States Supreme Court's decision in *Pung v. Isabella County*, vacate or suspend the current pretrial deadlines, and continue the current trial date. Plaintiff's Motion to Stay is premised upon the possibility that the Supreme Court's forthcoming decision in *Pung* will materially affect the constitutional framework governing Plaintiff's fair market value and Eighth Amendment claims and that proceeding under the current scheduling order before *Pung* is decided may result in incomplete or unnecessary pretrial preparation absent a temporary stay.

Expedited consideration is therefore necessary so that the Motion to Stay may be resolved before the presently pending pretrial deadlines expire. Plaintiff's expert disclosure deadline is presently set for June 5, 2026. (R. Doc. 46). Defendants' expert disclosure deadline is presently set for June 25, 2026, and the deadlines for completion of discovery and filing dispositive motions are presently set for July 7, 2026. (R. Doc. 46). These deadlines will begin expiring before the

1

earliest available submission date and may all expire before resolution of the Motion to Stay absent expedited consideration. Proceeding under those deadlines risks defeating the purpose of the Motion to Stay.

WHEREFORE, Plaintiff respectfully prays that this Court grant this Motion to Expedite and take Plaintiff's Motion to Stay up for expedited consideration.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2026 the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Paul W. Pritchett

2