**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | **MAGISTRATE JANIS VAN** |
| **SERPIL PROPERTIES LLC** | * | **MEERVELD** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion to Expedite Consideration of Plaintiff's Motion to Stay:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Plaintiff's Motion to Stay shall be taken up for expedited consideration.

**IT IS FURTHER ORDERED** that Defendants shall file any opposition they may have to Plaintiff's Motion to Stay on or before the _____ day of _____, 2026.

**IT IS FURTHER ORDERED** that Plaintiff shall file any reply to Defendants' opposition on or before the _____ day of _____, 2026.

New Orleans, Louisiana this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE
WILLIAM J. CRAIN