**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | **MAGISTRATE JANIS VAN** |
| **SERPIL PROPERTIES LLC** | * | **MEERVELD** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Danielle Reado, will bring her Motion to Compel Discovery Responses from City of New Orleans, filed on June 24, 2026, before the Honorable Janis Van Meerveld, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, Courtroom B309, on July 15, 2026, at 11:00 a.m., or at such time thereafter as counsel may be heard.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
  **PAUL W. PRITCHETT (#36926)**
  2930 Banks Street
  New Orleans, Louisiana 70119
  Telephone: 602-402-6264
  Email: ppritchett@pritchettlegal.com
  *Attorney for Plaintiff, Danielle Reado*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2026, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Paul W. Pritchett