**Outlook**

---

## Reado v. Serpil Properties et al; EDLA 24-cv-02451 – Discovery Requests

---

**From** Paul Pritchett <ppritchett@pritchettlegal.com>

**Date** Mon 6/23/2025 3:47 PM

**To** Butler, Grant <gbutler@shergarner.com>; Force, Joshua <jforce@shergarner.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>

**Cc** Kyle Sclafani <kyle@kylesclafanilaw.com>

📎 8 attachments (5 MB)
Exhibit B.pdf; OG to City.pdf; RFA to City.pdf; RPD to City.pdf; Exhibit A.pdf; OG to City.docx; RFA to City.docx; RPD to City.docx;

Grant,

Please see Danielle Reado's attached Interrogatories, Requests for Production, and Requests for Admission. I have also included the word versions for your convenience.

Best,

Paul W. Pritchett

Pritchett Legal Services, LLC
2930 Banks Street
New Orleans, Louisiana 70119
Direct: 602-402-6264
pritchettlegal.com

Exhibit 1