**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**INTERROGATORIES TO CITY OF NEW ORLEANS**</u>

**TO:    City of New Orleans**
**Through attorney of record:**
**Grant G. Butler**
**909 Poydras Street, 28th Floor**
**New Orleans, Louisiana 70112-1033**

These Interrogatories are propounded under authority of Rule 33 of the Federal Rules of Civil Procedure. These Interrogatories are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof. These Interrogatories are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following definitions apply to the terms used in these Interrogatories:

1. "You", "Your" or "Defendant" means **City of New Orleans** and/or any attorneys, agents, officials, appointees, principals, members, managers, employees and/or representatives acting on behalf of **City of New Orleans** at any time.

Exhibit 2

2. The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3. The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4. The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5. The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6. "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7. "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8. "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control. By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

**<u>INTERROGATORY NO. 1:</u>**

Identify all persons providing responses or information to respond to these Interrogatories and the Requests for Production that have been propounded herewith. If you are unable to provide any of this information please explain why.

**<u>INTERROGATORY NO. 2:</u>**

Identify every person within Your knowledge, who has, or claims to have, or You believe to have knowledge or information regarding any facts, circumstances or issues involved in this litigation. Additionally, and with respect to each such person, state the nature of the information or knowledge that You know or believe them to have. If you are unable to provide any of this information please explain why.

**<u>INTERROGATORY NO. 3:</u>**

Identify each person from whom a statement, written or oral, has been obtained by You or on Your behalf relating in any way to matters at issue in this litigation, stating as to each such statement whether it was taken in written or oral form, the date obtained or taken, the identity of

the person who took or obtained the statement, and the name and address of the person presently in possession of same. An affidavit or declaration is a statement for purposes of this Interrogatory. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 4:**

Identify each and every witness You may call to testify at any hearing or the trial of this matter, stating as to each such witness whether or not he/she will give expert testimony; his/her relationship to You, if any; the substance of the witness's expected testimony at trial; and for experts, the substance of the facts to which the expert is expected to testify. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 5**:

For any of Danielle Reado's Requests for Admission that you did not admit without qualification, please state the number of the Request for Admission and describe the factual and/or legal reasons why you did not fully admit to the request. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 6:**

Describe any and all efforts that You made to provide notice about the Tax Sale to each tax sale party, including the date that each notice was sent, the name of the person or entity to whom each notice was addressed, the address to which each notice was sent, the method by which each notice was sent (e.g. USPS first class mail, USPS certified mail, etc.), the certified mail number, if any, and the name of the person or entity that made the effort, and the employer of the person that made the effort. This Interrogatory applies to noticing efforts regardless of whether

they occurred before or after the Tax Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 7:**

Describe any and all efforts that You made to identify the name and address of each tax sale party to whom notice about the Tax Sale should be provided, including in the description any documents, websites, or other sources that you referenced, when the effort was made, the name of the person that made the effort, and the employer of the person that made the effort. This Interrogatory applies to identification efforts regardless of whether they occurred before or after the Tax Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 8:**

Describe any and all efforts that You made to provide notice about the Adjudication Sale to each tax sale party, including the date that each notice was sent, the name of the person or entity to whom each notice was addressed, the address to which each notice was sent, the method by which each notice was sent (e.g. USPS first class mail, USPS certified mail, etc.), the certified mail number, if any, and the name of the person or entity that made the effort, and the employer of the person that made the effort. This Interrogatory applies to noticing efforts regardless of whether they occurred before or after the Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 9:**

Describe any and all efforts that You made to identify the name and address of each tax sale party to whom notice about the Adjudication Sale should be provided, including in the

description any documents, websites, or other sources that you referenced, when the effort was made, the name of the person that made the effort, and the employer of the person that made the effort. This Interrogatory applies to identification efforts regardless of whether they occurred before or after the Adjudication Sale and regardless of the reason for the noticing effort. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 10:**

Describe any and all tax payments that You received for the Property from the tax year 2011 until the present date, stating for each payment made, the date it was made, the amount paid, and the person or entity that made the payment. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 11:**

Identify any and all persons, entities, or vendors that provided you with any services whatsoever related to the Tax Sale or the Adjudication Sale and state what services each such person, entity or vendor provided, and the name, address, telephone number, and email address for your primary contact person(s) at each such entity or vendor. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 12**:

State the number of bidders at the auction which resulted in the Adjudication Sale, identify each such bidder, and state the amount of the highest bid placed by each such bidder. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 13**:

State the last date that You would have allowed the Property to be redeemed under La. R.S. 47:2246, the total payment that would have been required to redeem it in full on that date ("Redemption Amount"), and list all individual items making up the Redemption Amount and the amount of each such item. If the Redemption Amount is different than the $29,529.01 total stated under the "Taxes" header tag on https://www.civicsource.com/auctions/cno/134839, please explain why. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 14**:

Identify the person that prepared the Non-Warranty Cash Sale document that purports to transfer the Property's title to Serpil Properties LLC (attached as Exhibit B) and explain how the stated sale price of $60,753.75 was determined. If you are unable to provide any of this information please explain why.

**INTERROGATORY NO. 15:**

List any and all computer software, applications, and/or electronic programs that You utilized to facilitate tax sales, adjudication sales, or the collection of delinquent taxes at the time of the Tax Sale and the Adjudication Sale. For any computer software, applications, and/or electronic programs listed, state whether any information pertaining to the Tax Sale or the Adjudication Sale was entered into or is retained by said software, applications, and/or electronic programs and state the purposes for Your use of said software, applications, and/or electronic programs in relation to the Tax Sale and/or Adjudication Sale. If you are unable to provide any of this information please explain why.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
_____
**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
_____
**PAUL W. PRITCHETT**

2023-02649 Page 1 of 6

Case 2:24-cv-02451-WJC-JVM     Document 54-4     Filed 06/24/26     Page 9 of 14
DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6



## NON-WARRANTY CASH SALE
## STATE OF LOUISIANA
## PARISH OF ORLEANS

**BE IT KNOWN**, on the dates written below before the undersigned Notaries Public, duly commissioned and qualified in their respective parishes, personally came and appeared:

**CITY OF NEW ORLEANS,** a political subdivision of the State of Louisiana, represented herein by its Department of Finance Representative, by virtue of City of New Orleans Home Rule Charter Section 4-1301(1)(C), ("Seller"), who declared that:

Seller **sells**, without any warranty of title whatsoever, either expressed or implied, even as to the return or reduction of the purchase price, except for the warranty against eviction resulting from a prior alienation by the political subdivision, but with full substitution and subrogation in and to all the rights and actions of warranty which Seller may have, to:

**SERPIL PROPERTIES LLC (XX-XXX1826),** a Louisiana Limited Liability Company, represented herein by its Manager-Member, Serpil Brice, whose permanent mailing address is 7300 Lakeshore Dr., Unit E, New Orleans, Louisiana 70124 ("Purchaser"), and all of Seller's right, title and interest in and to **the property more fully described on Exhibit A** attached hereto and made a part hereof, together with all appurtenances thereunto belonging or in any way appertaining, and all buildings and improvements located on the property, if any ("property").

This sale is made and accepted for and in consideration of the sum of **SIXTY THOUSAND SEVEN HUNDRED FIFTY-THREE DOLLARS AND 75/100 ($60,753.75)** cash, which Purchaser has paid to Seller.

Purchaser acknowledges that the property is being conveyed subject to any and all conditions and restrictions affecting the property described in Exhibit A to the extent such conditions and restrictions may still be valid and enforceable.

Pursuant to the R.S. 47:2208 affidavit filed herewith, all parish or municipal statutory impositions due and owing as of the date of recordation thereof are cancelled, terminated, released or erased of record insofar as they affect the property described herein below.

The next ad valorem taxes due to be paid by Purchaser.

**(Signatures to follow.)**

Exhibit B

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

THUS DONE AND PASSED by Seller, before me, Notary, and the undersigned competent witnesses, on this _20_ day of _January_, 2023, in the city of New Orleans, Louisiana.

WITNESS:                                  SELLER:
                                          CITY OF NEW ORLEANS

Name: C. Wilson                           Name: Norman L. White
                                          Title: Department of Finance Representative

WITNESS:                                  NOTARY PUBLIC:

Name:                                     Name: Trisha Graffato
                                          Bar Roll No.: 39346

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

Pursuant to La CC Art. 1839, this ACT UNDER PRIVATE SIGNATURE THUS DONE AND PASSED by Purchaser, on ____Jan 18, 2023____ in the city of New Orleans, Louisiana.

> PURCHASER:
> **SERPIL PROPERTIES LLC**
>
> DocuSigned by:
> *Serpil Brice*
> C1A44CEF394546C...
> _____
>
> Name: Serpil Brice
> Title: Manager-Member

Now comes **OSMAN ARSLAN,** a person of the full age of majority who has been married but once and then to Serpil Brice, with whom he is presently living and residing, whose permanent mailing address is 7300 Lakeshore Dr., Unit E, New Orleans, Louisiana 70124, who is appearing herein declaring the property more fully described in Exhibit A is being purchased by Serpil Properties LLC and will be the separate property of Serpil Brice, purchased with her separate funds and maintained under her separate control and administration.

> DocuSigned by:
> *Osman Arslan*
> CEFFD9EFB934425...
> _____
>
> Name: Osman Arslan

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

---

## EXHIBIT A

---

**PARCEL NUMBER:**
4715-LAINEAV

**LEGAL DESCRIPTION:**
TWO CERTAIN LOTS OF GROUND, situated in the THIRD DISTRICT of the City of New Orleans, State of Louisiana, in SQUARE NO. 6, BLUM-ANTOINE, which square is bounded by LAINE AVENUE, LEEDS and HAMMOND STREETS and THE EAST PROPERYT LINE OF THE SUBDIVISION, said lots are designated as LOTS NOS. 19 and 20, adjoin and measure each 25 feet front on Laine Avenue, same in width in the rear, by a depth of 141.83 feet between equal and parallel lines. Said Lot No. 20 is located nearer to and commences at a distance of 150 feet from the corner of Laine Avenue and Leeds Street.

All as shown on annexed survey made by Gilbert, Kelly & Couturie, Inc., Surveyors, dated June 27, 1979.

This property is subject to the encroachments, easements, servitudes, common walls and misloction of fences and other physical facts as shown on the hereinabove referred to survey.

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

---

## TITLE INSURANCE

---

**OPINION BY:**

Dave Robichaux
La. Bar Roll No. 37844

**PRODUCER:**



Louisiana Producer Agency License Number: 703957
info@CivicSource.com | (888) MYCIVIC
935 Gravier Street, Suite 1700
New Orleans, LA 70112

**UNDERWRITER:**



info@USNTICO.com | (888) USNTICO
232 Market Street, Suite 232
Flowood, MS 39232

CNO134839

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

## Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

### DOCUMENT RECORDATION INFORMATION

Instrument Number: 2023-02649

Recording Date: 1/24/2023 01:52:11 PM

Document Type: SALE

Addtl Titles Doc Types:

Conveyance Instrument Number: 722806

Filed by:  CIVICSOURCE
935 GRAVIER ST
STE 1700
NEW ORLEANS LA 70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
## SHOULD BE RETAINED WITH ANY COPIES.

Tiffany Gill, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court