**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-SSV-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**REQUESTS FOR PRODUCTION TO CITY OF NEW ORLEANS**</u>

**TO:    City of New Orleans**
**Through attorney of record:**
**Grant G. Butler**
**909 Poydras Street, 28th Floor**
**New Orleans, Louisiana 70112-1033**

These Requests for Production are propounded under authority of Rule 34 of the Federal Rules of Civil Procedure. These Requests for Production are to be answered by the party to whom they are addressed, separately, fully, in writing and under oath, and the answers shall be served within thirty days of service hereof. These Requests for Production are deemed continuing, and you are requested to seasonably supplement your answers in accordance with the provisions of Rule 26(e) of the Federal Rules of Civil Procedure. Unless stated otherwise, the following definitions apply to the terms used in these Requests for Production:

1.  "You", "Your" or "Defendant" means **City of New Orleans** and/or any attorneys, agents, officials, appointees, principals, members, managers, employees and/or representatives acting on behalf of **City of New Orleans** at any time.

Exhibit 3

2. The "Tax Sale" means the purported events and acts described in paragraph 10 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

3. The "Tax Sale Certificate" means the document describing the Tax Sale and that is recorded in the Conveyance records for the Parish of Orleans, State of Louisiana as Instrument Number 2016-20705, CIN No. 599326

4. The "Adjudication Sale" means the purported events and acts described in paragraph 14 of Danielle Reado's First Amended Complaint (doc. 20) in this matter, and any other events or acts that are related thereto.

5. The "Property" means the immovable property described in paragraph 9 of Danielle Reado's First Amended Complaint (doc. 20) in this matter.

6. "Identify", when used with reference to a person or witness, means to state the person's full name, last known home address, last known telephone number, last known email address, last known place of employment, and last known employment address.

7. "Identify", when used with reference to an entity, means to state the full name of the entity, its address and its telephone number.

8. "Documents" means any written, printed, typed, recorded, computer generated, or graphic materials of any kind or character, by which information has been recorded, preserved or stored, and which are in your actual or constructive possession, custody, or control.  By way of example, and not limitation, "documents" shall include drafts, letters, correspondence, pleadings, telegrams, memoranda, messages, records, minutes, logs, calendar or diary entries, contracts, agreements, forms, photographs, statements, notes,

pamphlets, invoices, ledgers, statements, computer entries, e-mail messages, tape recordings, reports, *etc.*

9. "Exchanged", when used with reference to a document, means documents either sent or received.

10. The single form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun so used and *vice versa*. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun so used, and *vice versa.*

## REQUEST NO. 1

Each and every document which You contend supports Your defense of this matter or which supports any denial or affirmative defense in Your Answer or which you may make in Your Answer.

## REQUEST NO. 2

All documents identified in response to the Interrogatories or Requests for Admission propounded to You in this matter.

## REQUEST NO. 3

Any and all exhibits, documents, records, photographs, evidence, or demonstrative evidence of any nature whatsoever which You will attempt to introduce into evidence and/or use at the trial of this matter or at any hearing in this matter;

## REQUEST NO. 4

Any and all written and/or recorded statements (including affidavits) in any way related to the Tax Sale, the Adjudication Sale, the Property, or any issue in this litigation.

**REQUEST NO. 5**

Copies of tax bills associated with the Property for tax years 2011 to the present year.

**REQUEST NO. 6**

Copies of any and all documents and/or ledgers depicting any tax payment made on the Property in any tax year from 2011 to the present year.

**REQUEST NO. 7**

Copies of any and all notices that were sent to any person or entity in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 8**

Copies of any and all envelopes in which any notice was sent in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 9**

Copies of any and all mail receipts, proof of payment, and other documents evidencing that any notice related to the Tax Sale or the Adjudication Sale was actually mailed to the stated recipient.

**REQUEST NO. 10**

Copies of any and all return receipts associated which any notice that was sent in relation to the Tax Sale or the Adjudication Sale.

**REQUEST NO. 11**

Copies of any and all advertisements made in relation to the Tax Sale or Adjudication Sale.

**REQUEST NO. 12**

Copies of any and all documents describing effort that you took to identify and locate any person or entity to provide them with notice of the Tax Sale and Adjudication Sale, including but not limited to abstracts and mortgage certificates.

**REQUEST NO. 13**

Copies of all internal communications, including but not limited to emails, text messages, memoranda, notes, letters, reports, meeting minutes, and messages (including all forms of electronic messaging), between or among Your employees, officers, departments, and or agents that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 14**

Copies of all communications, including but not limited to emails, text messages, memoranda, notes, letters, reports, meeting minutes, and messages (including all forms of electronic messaging), between or among You (including, but not limited to Your employees, officers, departments, and or agents) and any third party (including, but not limited to Civicsource, Archon Information Systems, and any other vendor) that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 15**

Copies of any and all documents bearing the signature of Plaintiff, Gwendolyn Reado, or Taylor Reado.

**REQUEST NO. 16**

Copies of any and all audio or video recordings that refer or relate to the Tax Sale, the Adjudication Sale, the Property, or this litigation in any way.

**REQUEST NO. 17**

Copies of any and all logs that indicate that any person visited or called You or Your tax collector's office to discuss the Tax Sale, the Adjudication Sale, the Property, or this litigation.

**REQUEST NO. 18**

Copies of any and redemption calculations that You generated in relation to the Tax Sale, the Adjudication Sale, the Property, or this litigation.

**REQUEST NO. 19**

Copies of any and all transcripts from any and all depositions taken in any dispute, other than the current litigation, in which claims were asserted against You based on Tyler v. Hennepin Cnty., 143 S. Ct. 1369 (2023) or the holding therein.

**REQUEST NO. 20**

Copies of any and all contracts or other agreements between you and any contractors or vendors that provided you with any services whatsoever related to the Tax Sale, the Adjudication Sale, or the Property.

**REQUEST NO. 21**

Printoffs, comma delimited files, and or screenshots of any and all information related to the Tax Sale, the Adjudication Sale, or the Property that is contained in any computer software, applications, and/or electronic programs that You utilize.

**REQUEST NO. 22**

If you did not admit Danielle Reado's Requests for Admission No. 4 without qualification, produce a true, correct, and authentic depiction of the webpage located at https://www.civicsource.com/auctions/cno/150145, as it appeared (1) immediately prior to the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, (2) immediately following the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, and (3) as it currently appears.

**REQUEST NO. 23**

A true, correct, and authentic depiction of the webpage located at https://www.civicsource.com/auctions/cno/134839, as it appeared (1) immediately prior to the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, (2) immediately following the closure of the auction on Civicsource.com that resulted in the Adjudication Sale, and (3) as it currently appears.

**REQUEST NO. 24**

Copies of any and all documents and/or ledgers depicting any payment(s) to You or your vendor(s) that are associated in any way with the Adjudication Sale, or that depict any funds generated from the sale of the Property.

**REQUEST NO. 25**

Copies of any and all documents and/or ledgers depicting any payment(s) from You that are associated in any way with the Adjudication Sale, or that depict the costs associated with the Tax Sale or the Adjudication Sale.

**REQUEST NO. 26**

A copy of any documents disclosed or described in Your Initial Disclosures.

**REQUEST NO. 27**

A copy of Your entire file concerning the Property, the property having a municipal address of 4811 Charlene Dr., New Orleans, Louisiana, the Tax Sale, the Adjudication Sale, and any auction(s) related thereto.


These requests for production of documents are deemed continuing so as to require supplemental responses with respect to any and all questions, and particularly with regard to any exhibits or demonstrative evidence to be used at trial.

**PLEASE NOTE**:

You are requested to provide Answers to Request for Production of Documents and documents produced in response thereto in a shareable electronic format.

*[Signatures on following page]*

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett
_____

**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
***Attorney for Plaintiff, Danielle Reado***

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on June 23, 2025, the foregoing was served upon all counsel of record by placing same into the United States mail, postage prepaid and properly addressed, and/or by facsimile, and/or by email, and/or by hand delivery.

/s/ Paul W. Pritchett
_____

**PAUL W. PRITCHETT**