Inbox - Paul Pritchett - Outlook

 **Outlook**

---

### RE: 2025-08-22 LTR TO PRITCHETT REGARDING AGREEMENTS ON MEET AND CONFER(2220259.1)

---

**From** Butler, Grant <gbutler@shergarner.com>

**Date** Mon 8/25/2025 3:06 PM

**To** Paul Pritchett <ppritchett@pritchettlegal.com>

📎 1 attachment (31 KB)
Letter to CNO re Disc Conf Result.docx;

Paul,

See attached. I removed "or update its response" from several entries because we may update our responses during the discovery period. I also edited RFP 20 just because I don't know enough about vendor contracts the City has in this area and don't want to waive any rights. As we discussed on the call, I'm going to work on getting you agreements relevant to tax sale noticing, mailing of tax sale notices, and the like (if they exist).

Thanks

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Monday, August 25, 2025 1:23 PM
**To:** Butler, Grant <gbutler@shergarner.com>
**Subject:** Re: 2025-08-22 LTR TO PRITCHETT REGARDING AGREEMENTS ON MEET AND CONFER(2220259.1)

Grant,

**Exhibit 7**

Attached is the Word version summarizing our meet and confer on Plaintiff's objections to the City's discovery responses. Please review and advise if I have misstated or misremembered anything. I will finalize and send you a PDF copy once you have responded.

Best,

Paul

---

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Friday, August 22, 2025 3:55 PM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Subject:** 2025-08-22 LTR TO PRITCHETT REGARDING AGREEMENTS ON MEET AND CONFER(2220259.1)

Paul,

I'm sending you a Word version of this document so you can review and confirm that I've accurately reflected the agreements we reached. Please do so and get back to me. I will then send a PDF in the main chain.

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.