# PRITCHETT LEGAL SERVICES, LLC

2930 Banks Street                                    Phone: (602) 402-6264
New Orleans, Louisiana 70119                         PritchettLegal.com

**PAUL W. PRITCHETT**
Attorney
ppritchett@pritchettlegal.com

August 26, 2025

Grant G. Butler, Esq.
Sher Garner Cahill Richter
Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033

**Re:**   Reado v. Serpil Properties, LLC et al.
EDLA No. 2:24-cv-2451-SSV-JVM

Dear Grant:

This letter is to memorialize our meet and confer discussion on August 22, 2025 regarding previously outlined deficiencies in the City's discovery responses. Please promptly advise me if you believe that I have misstated/ misremembered anything.

**Interrogatory No. 1:**

You agreed that the City would update its response to identify the persons who provided information used in responding to Plaintiff's Interrogatories and Requests for Production. I advised that no communications, privileged or otherwise, are sought by the Interrogatory and you advised that none will be substantively disclosed or produced in response to it.

**Interrogatory Nos. 6, 7, 8, and 9:**

You agreed that the City would update its response to identify each entity responsible for notification attempts and for efforts to determine the name and address of tax sale parties to be notified, and to describe the role of each such entity. If it is possible, the City will also identify the individuals that carried out the efforts within the entities.

You also agreed that the City would update its response regarding the rest of the information that the Interrogatories sought if we found that the "bookmarking" in the PDF containing the City's production does not provide enough information to locate the responsive information as required by Rule 33(d). I have reviewed the "bookmarking" and it appears to be sufficient to locate the information requested in the Interrogatories so the City does not need to update this portion of the response at this time. Plaintiff reserves her right to reopen this issue if it becomes apparent later that the referenced documents do not contain all of the information sought in the Interrogatories.

Exhibit 10

# PRITCHETT LEGAL SERVICES, LLC

2930 Banks Street                                                            Phone: (602) 402-6264
New Orleans, Louisiana 70119                                                   PritchettLegal.com

**Interrogatory No. 12:**

You agreed that the City would update its response to fully identify the bidders at the auction which resulted in the Adjudication Sale.

**Interrogatory No. 13:**

You questioned the relevance of this Interrogatory. I clarified that we are entitled to know the City's opinion of the dates requested and that information concerning the redemption amounts was necessary to calculate the amount of surplus proceeds generated at the sale. You advised that the City would maintain its objections concerning the date information but that the City would update its response to indicate the Redemption Amount at the time of the Adjudication Sale with an itemization of the same, to the extent such information is available to the City.

**Interrogatory No. 14:**

You advised that you did not believe that the City would be able to identify the person(s) that prepared the sale document but that you would inquire again and update the response to indicate an identity or that the City does not know the identity. You also agreed to try and obtain an explanation about how the sale price of $60,753.75 was derived and to update the City's response with the information.

**Interrogatory No. 15:**

You advised that the City would not withdraw its objections.

**Request for Production No. 8:**

You advised that you believe that all envelope copies were produced and that the City would not withdraw its objections.

**Request for Production No. 10:**

You advised that you believe that all return receipt copies were produced and that the City would not withdraw its objections.

**Request for Production No. 19:**

You advised that you did not believe that any responsive documents existed and that the City would not withdraw its objections.

# PRITCHETT LEGAL SERVICES, LLC

2930 Banks Street                                                    Phone: (602) 402-6264
New Orleans, Louisiana 70119                                         PritchettLegal.com

**Request for Production No. 20:**

You agreed that the City will produce the requested contracts and agreements to the extent they exist, are relevant, and are not protected from disclosure for confidentiality or other reasons and I agreed that the City did not need to produce agreements concerning newspaper advertising.

**Request for Production No. 21:**

You agreed that the City will produce a screenshot of the Civicsource webpage depicting the auction that resulted in the Adjudication Sale if they have one.

**Request for Production Nos. 24 and 25:**

You agreed that you would review the redacted documents and provide copies that remove any redactions associated with the bundled Charlene Dr. property. If the redacted documents do not contain information concerning the bundled Charlene Dr. property, you agreed that you would provide a reference to documents in the City's production that contain the information responsive to these Requests.

**Request for Admission No. 7:**

You advised that the City would not withdraw its objections.

---

As we discussed, please provide the updated responses and requested documents no later than September 19, 2025. If you anticipate any delays in providing amended responses or additional documents, please let me know promptly so we can address them.

Sincerely,

**PAUL W. PRITCHETT**