Sent Items - Paul Pritchett - Outlook

## Outlook

---

### Re: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

---

**From** Paul Pritchett <ppritchett@pritchettlegal.com>

**Date** Fri 9/19/2025 10:39 AM

**To** Butler, Grant <gbutler@shergarner.com>

**Cc** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>

---

Grant,

That's fine.

Best,

Paul

---

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Friday, September 19, 2025 10:37 AM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** RE: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Paul,

Thank you for your supplemental responses. While I had planned on getting you the City's supplemental responses today, I am still waiting on a few outstanding items. Can you give me an extension until Friday of next week?

Thanks

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

Exhibit 11

Case 2:24-cv-02451-WJC-JVM    Document 54-13    Filed 06/24/26    Page 2 of 6

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Thursday, September 18, 2025 3:11 PM
**To:** Butler, Grant <gbutler@shergarner.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** Re: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Grant,

Attached are Plaintiff's Supplemental responses and document production.

Best,

Paul

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Monday, August 25, 2025 12:32 PM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** RE: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Paul,

Please see the attached correspondence memorializing the outcome of our August 22, 2025 meet and confer.

Thanks

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Wednesday, August 20, 2025 7:57 PM
**To:** Butler, Grant <gbutler@shergarner.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** Re: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Grant,

Attached is correspondence outlining the deficiencies in the City's discovery responses to Plaintiff for use with our call on Friday. We also reserve the right to address additional matters that are not identified in the correspondence.

Best,

Paul

---

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Tuesday, August 19, 2025 2:48 PM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** RE: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Paul,

I'll call you. To facilitate a productive discussion, please see attached correspondence where we endeavor to outline the deficiencies in Plaintiff's discovery responses. We reserve the right to address additional matters not identified in this correspondence.

Thanks

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Tuesday, August 19, 2025 2:20 PM
**To:** Butler, Grant <gbutler@shergarner.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** Re: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Yes. Adding it to my calendar now. Would you like me to call you or vice versa?

Best,

Paul

---

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Tuesday, August 19, 2025 12:14 PM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** RE: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Paul,

Can you do this Friday at 10:30?

---

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Friday, August 15, 2025 5:10 PM
**To:** Butler, Grant <gbutler@shergarner.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** Re: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Grant,

I am unavailable on the days and times suggested. If you want to have it next week, I have availability all day Wednesday and all day Friday. I also have availability on the following week on the 25th, 26th, or 27th.

We need to meet and confer about the City's discovery responses at the same time.

Best,

Paul

---

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Friday, August 15, 2025 4:36 PM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** RE: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Paul,

We will need a meet and confer. Please let me know your availability next week. I can do Monday afternoon, Tuesday before 2 pm; and Thursday all day.

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Friday, August 15, 2025 4:15 PM
**To:** Butler, Grant <gbutler@shergarner.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** Re: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Grant,

Danielle Reado's responses to the City's discovery requests are attached.

Best,

Paul

**From:** Butler, Grant <gbutler@shergarner.com>
**Sent:** Thursday, July 3, 2025 2:41 PM
**To:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Subject:** RE: Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Paul,

Please see the attached Interrogatories, Requests for Production, and Requests for Admission propounded by the City of New Orleans. Exhibits 1-4 to same are available at the link below.

Thanks

Exhibits: https://shergarner.sharefile.com/d-s2b9956eca0a74a2b85453b3fb8a7fafb

**GRANT G. BUTLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gbutler@shergarner.com | O: 504-299-2152 | F: 504-299-2348 | C: 504-906-0206

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by

telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

**From:** Paul Pritchett <ppritchett@pritchettlegal.com>
**Sent:** Monday, June 23, 2025 3:48 PM
**To:** Butler, Grant <gbutler@shergarner.com>; Force, Joshua <jforce@SHERGARNER.com>; Jasmine L Bandy <jasmine.bandy@nola.gov>; James M Roquemore <james.roquemore@nola.gov>
**Cc:** Kyle Sclafani <kyle@kylesclafanilaw.com>
**Subject:** Reado v. Serpil Properties et al; EDLA 24-cv-02451 - Discovery Requests

Grant,

Please see Danielle Reado's attached Interrogatories, Requests for Production, and Requests for Admission. I have also included the word versions for your convenience.

Best,

Paul W. Pritchett

Pritchett Legal Services, LLC
2930 Banks Street
New Orleans, Louisiana 70119
Direct: 602-402-6264
pritchettlegal.com

---