**Outlook**

## Reado v. Serpil Properties LLC et al; EDLA 24-cv-02451-SSV-JVM

**From** Paul Pritchett <ppritchett@pritchettlegal.com>

**Date** Tue 4/28/2026 10:44 AM

**To** Butler, Grant <gbutler@shergarner.com>

Grant,

I am following up on our settlement discussion from a few weeks ago. Please let me know your client's thoughts on my general proposal, or when you expect to have a response. As has been discussed previously, if it would be helpful in advancing those discussions, a settlement conference with the Magistrate Judge may be worthwhile.

If we are not likely to have a response in the near term, I will need to resume my discovery efforts. In that regard, I do not believe the City ever served supplemental discovery responses following our meet and confer several months ago. Please advise on the status of those responses.

Best,

Paul W. Pritchett

Pritchett Legal Services, LLC
2930 Banks Street
New Orleans, Louisiana 70119
Direct: 602-402-6264
pritchettlegal.com

Exhibit 12