Case 2:24-cv-02451-WJC-JVM    Document 54-15    Filed 06/24/26    Page 1 of 4

Exhibit 13



CivicSource®

Property    Investment    Calendar    Support

✔ Deposit Placed    ✔ Research Complete    ✔ Adjoining Landowner    ⟳ Closing Scheduled 01/18/2023

## 4715 LAINE AVE
NEW ORLEANS, LA 70126

Map    Satellite    ⤢ View full map

**Bid:** Auction canceled due to sale to adjoining landowner

**Starting Bid:**

**Date/Time:** 01/05/2023 8:00 A.M.

**Offline Location:** New Orleans

**Deposit:** $850.00  What is this?
Placed on 08/26/2022

**Deposited By:** Adjoining Landowner

**Seller:** City of New Orleans
See other auctions from this seller »

**Seller Notes:** This property is being sold in a bundle containing 2 properties. Click the link below to view the full bundle and related auction information.
CNO150145

**Market:** Primary

**Type:** Property  What is this?
See other auctions of this type »

**Format:** High dollar wins

### PROPERTY DETAILS

**Parcel Number:** 4715-LAINEAV

**Alternate Property ID:** 39W906326

**Address:** 4715 LAINE AVE

**Legal Description:** TWO CERTAIN LOTS OF GROUND, situated in the THIRD DISTRICT of the City of New Orleans, State of Louisiana, in SQUARE NO. 6, BLUM-ANTOINE, which square is bounded by LAINE AVENUE, LEEDS and HAMMOND STREETS and THE EAST PROPERYT LINE OF THE SUBDIVISION, said lots are designated as LOTS NOS. 19 and 20, adjoin and measure each 25 feet front on Laine Avenue, same in width in the rear, by a depth of 141.83 feet between equal and parallel lines. Said Lot No. 20 is located nearer to and commences at a distance of 150 feet from the corner of Laine Avenue and Leeds Street. All as shown on annexed survey made by Gilbert, Kelly & Couturie, Inc., Surveyors, dated June 27, 1979. This property is subject to the encroachments, easements, servitudes, common walls and misloction of fences and other physical facts as shown on the hereinabove referred to survey.

**Owner Name:** SERPIL PROPERTIES LLC

**Note:** The data contained on this page is intended for nformation purposes only, and it is based on the best information available at the posting and is not warranted. The data may not reflect the most current records.

### COSTS

**Note:** The starting bid is an estimate based on projected costs and will change before the auction starts. After a deposit is placed, research and noticing will occur and actual costs be added to this auction. The actual costs, once known, will determine the starting bid price.

| Quantity | Description | Cost |
|---|---|---|
| 2 | Preliminary Property Verification Research | $175.00 |

|  |  |  |
|---|---|---|
| 2 | Preliminary Property Verification Research | $175.00 |
| 1 | 30-Year Title Abstract | $295.00 |
| 1 | Attorney Title Examination Report | $275.00 |
| 1 | Interested Party Research and Identification | $425.00 |
| 1 | Base Sale Price | $55,823.25 |
| 9 | Legally Compliant Certified Notice | $157.50 |
| 9 | Legally Compliant First-Class Notice | $18.00 |
| 1 | On-Premise Occupant Notice | $150.00 |
| 1 | Advertisement | $100.00 |
| 1 | General Notice | $100.00 |
| 1 | Advertisement 2 | $100.00 |
| 1 | Constructive Notice Sign | $35.00 |
| 1 | Property Inspection | $50.00 |
| 1 | Title Insurability Underwriting | $375.00 |
| 1 | Title Update | $125.00 |
| 1 | HUD-1 Statement and Escrow | $250.00 |
| 1 | Closing Documentation | $175.00 |
| 1 | Owner's Title Insurance Policy | $100.00 |
| 1 | Owner's Title Insurance Policy Additional Coverage | $258.00 |
| 1 | Title Insurance Endorsement | $1,000.00 |
| 1 | Title Insurance Endorsement Additional Coverage | $430.00 |
| 1 | Identified Risk Endorsement | $50.00 |
| 1 | Identified Risk Endorsement Additional Coverage | $39.50 |
| 1 | Notary Service | $175.00 |
| 1 | Courier & Delivery | $50.00 |
| 1 | Non-Warranty Cash Sale Certificate Filing | $200.00 |
| 1 | Statutory Compliance Affidavit Filing | $425.00 |
| 1 | Inscription Cancellation | $125.00 |
|  | **Total** | **$61,481.25** |

\* See an example of the title insurance policy

## INTERESTED PARTIES

| Name / Company | Address |
|---|---|
| CITY OF NEW ORLEANS | 1300 Perdido Street Rm 1W40, New Orleans, LA 70112 |
| DANIELLE READO | 4715 Laine Ave New Orleans, LA 70126-4427 |
| U.S. SMALL BUSINESS ADMINISTRATION | 4300 Amon Carter Boulevard Suite 108 Fort Worth, TX 76155 |
| OCCUPANT | 4715 Laine Ave New Orleans, LA 70126 |
| MAIGHAN BRIDGES | 4715 Laine Ave New Orleans, LA 70126 |
| GWENDOLYN READO | 4715 Laine Ave New Orleans, LA 70126 |
| AMANDA SORAH | 4715 Laine Ave New Orleans, LA 70126 |

## TAXES

| Year | Type | Taxes | Interest | City Penalty | Collection | Total |
|---|---|---|---|---|---|---|
| 2022 | Real Estate | $1,336.80 | $133.68 | $0.00 | $0.00 | $1,470.48 |
| 2021 | Real Estate | $1,429.44 | $328.77 | $0.00 | $0.00 | $1,758.21 |
|  | Adjudication Sale Costs | $175.00 | $0.00 | $0.00 | $0.00 | $175.00 |
| 2020 | Real Estate | $1,443.64 | $519.71 | $0.00 | $0.00 | $1,963.35 |
| 2019 | Real Estate | $1,500.23 | $720.11 | $0.00 | $0.00 | $2,220.34 |
| 2018 | Real Estate | $1,530.02 | $918.01 | $0.00 | $0.00 | $2,448.03 |
| 2017 | Real Estate | $69.12 | $47.00 | $0.00 | $0.00 | $116.12 |
|  | Real Estate | $1,460.91 | $1,051.86 | $0.00 | $0.00 | $2,512.77 |
| 2016 | Real Estate | $1,507.18 | $1,266.03 | $0.00 | $0.00 | $2,773.21 |
| 2015 | Real Estate | $1,593.73 | $1,529.98 | $0.00 | $0.00 | $3,123.71 |
| 2014 | Real Estate | $1,594.80 | $1,722.38 | $0.00 | $0.00 | $3,317.18 |
| 2013 | Real Estate | $1,589.44 | $1,907.33 | $158.94 | $347.29 | $4,003.00 |
| 2012 | Real Estate | $1,376.51 | $1,816.99 | $137.65 | $316.46 | $3,647.61 |
|  | **Total** | **$16,606.82** | **$11,961.85** | **$296.59** | **$663.75** | **$29,529.01** |

## ASSESSMENT

## ASSESSMENT

| Year | Type | Amount |
|------|------|-------:|
| 2025 | Land | $1,410.00 |
| | Improvement | $7,920.00 |
| | Exemption | $0.00 |

## IMAGES



## DOCUMENTS

| Date | Type | Recipient | Download |
|------|------|-----------|----------|
| 01/03/2023 | Occupied Service Report | | |
| 12/30/2022 | 30 Year Title Abstract - Updated | | |
| 12/06/2022 | Certified Return Mail | DANIELLE READO | |
| 12/06/2022 | Certified Return Mail | OCCUPANT | |
| 12/06/2022 | Certified Return Mail | MAIGHAN BRIDGES | |
| 12/06/2022 | Certified Return Mail | AMANDA SORAH | |
| 12/06/2022 | Certified Return Mail | GWENDOLYN READO | |
| 11/23/2022 | First Class Return Mail | DANIELLE READO | |
| 11/15/2022 | Occupancy Report | | |
| 11/15/2022 | Constructive Notice Signs | | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | U.S. SMALL BUSINESS ADMINISTRATION | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | DANIELLE READO | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | MAIGHAN BRIDGES | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | DANIELLE READO | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | AMANDA SORAH | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | OCCUPANT | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | GWENDOLYN READO | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | CITY OF NEW ORLEANS | |
| 11/02/2022 | First Class Notice of Adjudicated Property Sale | U.S. SMALL BUSINESS ADMINISTRATION | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | U.S. SMALL BUSINESS ADMINISTRATION | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | DANIELLE READO | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | AMANDA SORAH | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | MAIGHAN BRIDGES | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | GWENDOLYN READO | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | OCCUPANT | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | DANIELLE READO | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | CITY OF NEW ORLEANS | |
| 11/02/2022 | Certified Notice of Adjudicated Property Sale | U.S. SMALL BUSINESS ADMINISTRATION | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |

| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 10/31/2022 | Notice of Adjudicated Property Sale | | |
| 09/13/2022 | Attorney Title Opinion | | |
| 09/12/2022 | 30 Year Title Abstract | | |
| 09/15/2017 | Adjudication Certificate | | |
| 10/20/2012 | Certified Return Mail | TAYLOR READO, JR. | |
| 10/01/2012 | Certified Tax Sale Party Notice | TAYLOR READO, JR. | |
| 09/24/2012 | Certified Return Mail | TAYLOR READO JR | |
| 09/12/2012 | Tax Sale Publication | The Times-Picayune | |
| 07/25/2012 | Certified Notice of Tax Sale | TAYLOR READO JR | |
| 12/07/2011 | Certified Return Mail | TAYLOR & GWENDOLYN READO JR. | |
| 10/06/2011 | Certified Tax Sale Party Notice | TAYLOR & GWENDOLYN READO JR. | |
| 09/12/2011 | Certified Return Mail | READO TAYLOR JR | |
| 07/16/2011 | Certified Notice of Tax Sale | READO TAYLOR JR | |

© 2008 – 2025 CivicSource® | Privacy | Terms | The Property Auction Authority®



CNO_001122