

**Distribution of Auction Proceeds**
**January 31, 2023**
**For January 2023 Adjudicated Property Auction**

| | | |
|---|---|---|
| **Total Proceeds (line 21)** | $ | ■ |
| **Retained by CivicSource (line 28)** | $ | ■ |
| **Net Amount To CNO** | $ | ■ |

**Auction Proceeds**

| | | |
|---|---|---|
| Starting Price | $ | ■ |
| Overage | $ | ■ |
| **Subtotal** | $ | ■ |
| Additional Insurance | $ | ■ |
| **Total** | $ | ■ |

**Retained by CivicSource**

| | | |
|---|---|---|
| Sold Auction Costs | $ | ■ |
| Not Sold Auction Costs | $ | ■ |
| Cancelled Auction Costs | $ | ■ |
| Misc Adjustments to Previous Invoices | $ | - |
| **Total** | $ | ■ |

**From CivicSource To CNO**

| | | |
|---|---|---|
| **Remaining Proceeds** | $ | ■ |

Exhibit 14

CNO_000609

| Auction Number | Account Number | Tax Bill Number / Alternate ID | StartingPrice | Price | Costs | Costs Collected | Back Tax Collected | 100 Preliminary Property Verification Research | 101 For Sale Sign | 110 30-Year Title Abstract | 115 Property Survey | 120 Attorney Title Examination Report | 130 Interested Party Research and Identification | 140 Parcel Map Acquisition | 141 Parcel Map Digitization | 150 Base Sale Price | 151 Seller Deposit | 159 Data Acquisition | 160 Account Origination & Document Storage | 161 Louisiana Commission Change Order Research | 162 Tax Debtor Bankruptcy Research | 163 Skip Tracing Research | 164 Address Confirmation Calls | 165 Interested Party Public Record Research | 200 Legally Compliant Certified Notice | 201 Legally Compliant First-Class Notice | 202 Other Delivered Notice | 203 Estimated Notice Cost | 204 On-Premise Occupant Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNO134839 | "4715-LAINEAV" | "39W906326" | 4,843.00 | 60,753.75 | 5,570.50 | - | - | 87.50 | - | 295.00 | - | 275.00 | 425.00 | - | - | - | - | - | - | - | - | - | - | - | 157.50 | 18.00 | - | - | 150.00 |

CNO_000610

CNO_000611



| 205 Legally Compliant Certified Campaign | 206 Legally Compliant First-Class Campaign | 220 Advertisement | 221 General Notice | 222 Advertisement 2 | 240 Construction Notice Sign | 250 Property Inspection | 260 Title Insurability Underwriting | 261 Title Insurability Underwriting Update | 270 Online Tax Sale | 300 Title Update | 310 HUD-1 Statement and Escrow | 311 Closing Documentation | 320 Owner's Title Insurance Policy | 321 Owner's Title Insurance Policy Additional Coverage | 322 Title Insurance Endorsement | 323 Title Insurance Endorsement Additional Coverage | 324 Identified Risk Endorsement | 325 Identified Risk Endorsement Additional Coverage | 330 Notary Service | 331 Courier & Delivery | 340 Non-Warranty Cash Sale Certificate Filing | 341 Statutory Compliance Affidavit Filing | 342 Act of Donation Filing | 349 Act of Correction | 350 Inscription Cancellation | 351 Inscription Cancellation (Estimate) | 360 Certificate of Authority | 361 Corporate Resolution | 362 Power of Attorney | 370 Tax Sale Certificate Filing | 380 Misc. Buyer Paid Fee | 381 Payment Processing Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | 100.00 | 100.00 | 100.00 | 35.00 | 50.00 | 375.00 | - | - | 125.00 | 250.00 | 175.00 | 100.00 | 258.00 | 1,000.00 | 430.00 | 50.00 | 39.50 | 175.00 | 50.00 | 200.00 | 425.00 | - | - | 125.00 | - | - | - | - | 0 | 0 | 0 |

CNO_00061

CNO_000613

| AccountNumber | Tax Bill Number / Alternate ID | Costs | | 100 Preliminary Property Verification Research | 101 For Sale Sign | 110 30-Year Title Abstract | 115 Property Survey | 120 Attorney Title Examination Report | 130 Interested Party Research and Identification | 140 Parcel Map Acquisition | 141 Parcel Map Digitization | 150 Base Sale Price | 151 Seller Deposit | 159 Data Acquisition | 160 Account Origination & Document Storage | 161 Louisiana Tax Commission Change Order Research | 162 Tax Debtor Bankruptcy Research | 163 Skip Tracing Research | 164 Address Confirmation Calls | 165 Interested Party Public Record Research | 200 Legally Compliant Certified Notice | 201 Legally Compliant First-Class Notice | 202 Other Delivered Notice | 203 Estimated Notice Cost | 204 On-Premise Occupant Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "1539701-JENNIFERST" | "513903817" | | 1,577.00 | 87.50 | - | 147.50 | - | 137.50 | 212.50 | - | - | - | - | - | - | - | - | - | - | - | 280.00 | 32.00 | - | - | - |
| | | $ | 1,577.00 | $ 87.50 | $ - | $ 147.50 | $ - | $ 137.50 | $ 212.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 280.00 | $ 32.00 | $ - | $ - | $ - |
| | | | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 |
| | | $ | 788.50 | $ 43.75 | $ - | $ 73.75 | $ - | $ 68.75 | $ 106.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 140.00 | $ 16.00 | $ - | $ - | $ - |

CNO_000614

| 205 Legally Compliant Certified Campaign | 206 Legally Compliant First-Class Campaign | 220 Advertisement | 221 General Notice | 222 Advertisement 2 | 240 Constructive Notice Sign | 250 Property Inspection | 260 Title Insurability Underwriting | 261 Title Insurability Underwriting Update | 270 Online Tax Sale | 300 Title Update | 310 HUD-1 Statement and Escrow | 311 Closing Documentation | 320 Owner's Title Insurance Policy | 321 Owner's Title Insurance Policy Additional Coverage | 322 Title Insurance Endorsement | 323 Title Insurance Endorsement Additional Coverage | 324 Identified Risk Endorsement | 325 Identified Risk Endorsement Additional Coverage | 330 Notary Service | 331 Courier & Delivery | 340 Non-Warranty Cash Sale Certificate Filing | 341 Statutory Compliance Filing | 342 Act of Donation | 349 Act of Correction | 350 Inscription Cancellation | 351 Inscription Cancellation | 360 Certificate of | 361 Corporate Resolution | 362 Power of Attorney | 370 Tax Sale Certificate Filing | 380 Misc. Buyer Paid Fee | 381 Payment Processing Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | 150.00 | 150.00 | 150.00 | 17.50 | 25.00 | 187.50 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| $ - | $ - | $150.00 | $150.00 | $150.00 | $17.50 | $25.00 | $187.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 |
| $ - | $ - | $75.00 | $75.00 | $75.00 | $8.75 | $12.50 | $93.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

CNO_000615

| AccountNumber | Tax Bill Number / Alternate ID | Canceled | From | Costs | Paid | 100 Preliminary Property Verification Research | 101 For Sale Sign | 110 30-Year Title Abstract | 115 Property Survey | 120 Attorney Title Examination Report | 130 Interested Party Research and Identification | 140 Parcel Map Acquisition | 141 Parcel Map Digitization | 150 Base Sale Price | 151 Seller Deposit | 159 Data Acquisition | 160 Account Origination & Document Storage | 161 Louisiana Tax Commission Change Order Research | 162 Tax Debtor Bankruptcy Research | 163 Skip Tracing Research | 164 Address Confirmation Calls | 165 Interested Party Public Record Research | 200 Legally Compliant Certified Notice | 201 Legally Compliant First-Class Notice | 202 Other Delivered Notice | 203 Estimated Notice Cost | 204 On-Premise Occupant Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "1329-STELEMACHUSST" | "614359204" | Canceled | | 555.00 | | 175.00 | - | 295.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| "1117-SGENOISST" | "614358908" | Canceled | | 175.00 | | 175.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| "2708-2NDST" | "412304808" | Canceled | | 2,261.50 | | 175.00 | - | 295.00 | - | 275.00 | 425.00 | - | - | - | - | - | - | - | - | - | - | - | 297.50 | - | - | 34.00 | - |
| "3016-CLOUETST" | "39W709532" | Canceled | | 830.00 | | 175.00 | - | 295.00 | - | 275.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| "2744-METROPOLITANST" | "39W700312" | Canceled | | 555.00 | | 175.00 | - | 295.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| "6123-NTONTIST" | "39W603314" | Canceled | | 175.00 | | 175.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| "5419-NCLAIBORNEAV" | "39W404903" | Canceled | | 830.00 | | 175.00 | - | 295.00 | - | 275.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| "7820-PARRYST" | "39W007703" | Canceled | | 555.00 | | 175.00 | - | 295.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | $ 5,936.50 | $ - | $ 1,400.00 | $ - | $ 1,770.00 | $ - | $ 825.00 | $ 425.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 297.50 | $ - | $ - | $ 34.00 | $ - |
| | | | Divided in half | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 |
| | | | | $ 2,968.25 | $ - | $ 700.00 | $ - | $ 885.00 | $ - | $ 412.50 | $ 212.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 148.75 | $ - | $ - | $ 17.00 | $ - |

CNO_000616

| 205 Legally Compliant Certified Campaign | 206 Legally Compliant First-Class Campaign | 220 Advertisement | 221 General Notice | 222 Advertisement 2 | 240 Constructive Notice Sign | 250 Property Inspection | 260 Title Insurability Underwriting | 261 Title Insurability Underwriting Update | 270 Online Tax Sale | 300 Title Update | 310 HUD-1 Statement and Escrow | 311 Closing Documentation | 320 Owner's Title Insurance Policy | 321 Owner's Title Insurance Policy Additional Coverage | 322 Title Insurance Endorsement | 323 Title Insurance Endorsement Additional Coverage | 324 Identified Risk Endorsement | 325 Identified Risk Endorsement Additional Coverage | 330 Notary Service | 331 Courier & Delivery | 340 Non-Warranty Cash Sale Certificate Filing | 341 Statutory Compliance Affidavit Filing | 342 Act of Donation Filing | 349 Act of Correction | 350 Inscription Cancellation | 351 Inscription Cancellation (Estimate) | 360 Certificate of Authority | 361 Corporate Resolution | 362 Power of Attorney | 370 Tax Sale Certificate Filing | 380 Misc. Buyer Paid Fee | 381 Payment Processing Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | 35.00 | 50.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | 100.00 | 100.00 | 100.00 | 35.00 | 50.00 | 375.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | 35.00 | 50.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | 35.00 | 50.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | 35.00 | 50.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| $ - | $ - | $ 100.00 | $ 100.00 | $ 100.00 | $ 210.00 | $ 300.00 | $ 375.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 |
| $ - | $ - | $ 50.00 | $ 50.00 | $ 50.00 | $ 105.00 | $ 150.00 | $ 187.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

CNO_000617

| Item | Amount to CivicSource (Negative to CNO) | Notes |
|---|---|---|
| | Total:  $                    - | |

CNO_000618

**Archived:** Tuesday, July 22, 2025 4:11:31 PM
**From:** Kay Schmitz
**Sent:** Mon, 9 Jan 2023 21:11:19 +0000Authentication
**To:** Courtney M. Wilson; Amanda M. Beaulieu; Walter J. O'Brien, Jr.; Norman White; Tanya L. Irvin
**Cc:** Dan Rebeor; Garrett Staples; Justin C. Frank
**Subject:** January Sale Results
**Sensitivity:** Normal
**Attachments:**
January Sale Results.xlsx;

---

Good Afternoon,

Please see below for last week's sales results:

140 individuals bid on 56 of 57 auctions.
41 bidders won 56 auctions, with a total price of ▮▮▮▮▮▮▮▮, which was bid up from the starting price of ▮▮▮▮▮▮▮.
48 auctions went into extended bidding— the longest period of extended bidding was 1 hour, 56 minutes, ending at 9:56 PM.
11,157 bids were placed: 6,546 by humans, 4,611 by proxy.
The highest priced auction was BUNDLED PROPERTY, SEE LEGAL DESCRIPTION at $121,800.00
34 bidders with a LA address won 42 auctions with a total price of ▮▮▮▮▮▮.

Attached is the purchaser's information for the auctions.

Thank you,

_____

**Kay Schmitz**
Senior Account Manager

 CivicSource®

E:   kay.schmitz@civicsource.com
PO Box 50001, New Orleans, LA 70150-0001
The Property Auction Authority®

CNO_000619

| Tax Authority | Parcel Number | Tax Bill Number | Auction ID | Adjudication Sale | Sale Date | Address | Starting Price | Price | Winner Name on Deed | Winner | Winner Email | Winner Telephone | Number Of Bids | Sold State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| City of New Orleans | "3205-AUDUBONST" | 615316224 | CNO134597 | 04 Jan 2023 Sale | 1/4/2023 | 3205 AUDUBON ST | $ 4,929 | $ 10,100 | Tathiana Quintella | TATHIANA QUINTELLA | IRRELEVANT PERSONAL CONTACT INFORMATION | | 38 | Sold |
| City of New Orleans | "1712-WAGNERST" | 513402643 | CNO134443 | 04 Jan 2023 Sale | 1/4/2023 | 1712 WAGNER ST | $ 6,500 | $ 11,109 | Ervin Shaw | Ervin Shaw | | | 370 | Sold |
| City of New Orleans | "4822-NTONTIST" | 39W512130 | CNO134026 | 04 Jan 2023 Sale | 1/4/2023 | 4822 N TONTI ST | $ 5,081 | $ 15,320 | Cole Francisco | Cole Francisco | | | 558 | Sold |
| City of New Orleans | "53551-WOODLANDDR" | 39W817708 | CNO149499 | 04 Jan 2023 Sale | 1/4/2023 | 53551 WOODLAND DR | $ 4,539 | $ 6,030 | Lawrence Calvin Shanks | Lawrence Shanks | | | 77 | Sold |
| City of New Orleans | "726-HUNTLEEDR" | 513803418 | CNO149586 | 04 Jan 2023 Sale | 1/4/2023 | 726 HUNTLEE DR | $ 4,898 | $ 7,050 | Restoration NOLA LLC | Bilal Zughayer | | | 18 | Sold |
| City of New Orleans | "5717-DAUPHINEST" | 39W111104 | CNO149213 | 04 Jan 2023 Sale | 1/4/2023 | 5717 DAUPHINE ST | $ 6,731 | $ 32,500 | Lakethia Salguera | Lakethia Salguera | | | 331 | Sold |
| City of New Orleans | "1013-NDERBIGNYST" | 39W111104 | CNO149209 | 04 Jan 2023 Sale | 1/4/2023 | 1013 N DERBIGNY ST | $ 5,581 | $ 42,100 | Nicholas Andrew Roussel | Nicholas Roussel | | | 190 | Sold |
| City of New Orleans | "3121-3RDST" | 412401305 | CNO134373 | 04 Jan 2023 Sale | 1/4/2023 | 3121 3RD ST | $ 6,973 | $ 16,900 | Walter C. Bell | Walter Bell | | | 102 | Sold |
| City of New Orleans | "1908-FRENCHMENST" | 37W112920 | CNO149117 | 04 Jan 2023 Sale | 1/4/2023 | 1908 FRENCHMEN ST | $ 5,128 | $ 35,400 | Ebony Ford | Ebony Ford | | | 327 | Sold |
| City of New Orleans | "31964-ALLEYST" | 37W207826 | CNO75351 | 04 Jan 2023 Sale | 1/4/2023 | 2433 ALY ST | $ 5,397 | $ 5,417 | Cristi Rickey | Cristi Rickey | | | 4 | Sold |
| City of New Orleans | "2670-TOUROST" | 37W302513 | CNO149153 | 04 Jan 2023 Sale | 1/4/2023 | 2670 TOURO ST | $ 5,487 | $ 20,100 | Vilna Peters | Vilna Peters | | | 89 | Sold |
| City of New Orleans | "2120-ANNETTEST" | 37W203118 | CNO149227 | 04 Jan 2023 Sale | 1/4/2023 | 2120 ANNETTE ST | $ 5,655 | $ 14,000 | Warren Williams | Warren Williams | | | 56 | Sold |
| City of New Orleans | "1259701-BEHRMANHW" | 513610402 | CNO134483 | 04 Jan 2023 Sale | 1/4/2023 | 1259701 BEHRMAN HWY | $ 4,995 | $ 31,300 | abdelrazak dairwieh | abdelrazak dairwieh | | | 228 | Sold |
| City of New Orleans | "2114-EGANIAST" | 39W509111 | CNO149223 | 04 Jan 2023 Sale | 1/4/2023 | 2114 EGANIA ST | $ 4,984 | $ 9,510 | calvin c chapman | calvin chapman | | | 122 | Sold |
| City of New Orleans | "55136-PERRAULTWK" | 39W909135 | CNO134318 | 04 Jan 2023 Sale | 1/4/2023 | 55136 PERRAULT WALK | $ 5,541 | $ 12,190 | Harry Ballard | Harry Ballard | | | 137 | Sold |
| City of New Orleans | "7408-CORNWALLPL" | 307W034504 | CNO125423 | 04 Jan 2023 Sale | 1/4/2023 | 7408 CORNWALL PL | $ 5,990 | $ 35,900 | Michael Potter | Michael Potter | | | 307 | Sold |
| City of New Orleans | "5160-LAKEVIEWCT" | 39W081227 | CNO149500 | 04 Jan 2023 Sale | 1/4/2023 | 5160 LAKEVIEW CT | $ 5,448 | $ 26,300 | David Gaines | David Gaines | | | 292 | Sold |
| City of New Orleans | "6419-MARQUEST" | 39W212511 | CNO149216 | 04 Jan 2023 Sale | 1/4/2023 | 6419 MARQUE ST | $ 4,812 | $ 8,210 | Maliek Young | Maliek Young | | | 154 | Sold |
| City of New Orleans | "2929-JOSEPHINEST" | 412306502 | CNO134369 | 04 Jan 2023 Sale | 1/4/2023 | 2929 JOSEPHINE ST | $ 4,956 | $ 19,500 | C-Hamp Rental Properties LLC | C-Hamp Rental Properties Gregory Gourrier | | | 155 | Sold |
| City of New Orleans | "3401-FELICIANAST" | 39W719214 | CNO149504 | 04 Jan 2023 Sale | 1/4/2023 | 3401 FELICIANA ST | $ 6,038 | $ 6,038 | scottie hodges | scottie hodges | | | 1 | Sold |
| City of New Orleans | "5650-RICKERTDR" | 39W070401 | CNO149186 | 04 Jan 2023 Sale | 1/4/2023 | 5650 RICKERT DR | $ 5,292 | $ 13,630 | Tomika Suarez | Tomika Suarez | | | 399 | Sold |
| City of New Orleans | "1604-STANTHONYST" | 37W107907 | CNO149183 | 04 Jan 2023 Sale | 1/4/2023 | 1604 ST ANTHONY ST | $ 5,798 | $ 38,100 | GFH Priority Properties | Tracy Pack-White | | | 287 | Sold |
| City of New Orleans | "14515-DUANERD" | 39W045408 | CNO149184 | 04 Jan 2023 Sale | 1/4/2023 | 14515 DUANE RD | $ 4,886 | $ 41,700 | Donald glover | Donald Glover | | | 372 | Sold |
| City of New Orleans | "1704-WAGNERST" | 513402645 | CNO134442 | 04 Jan 2023 Sale | 1/4/2023 | 1704 WAGNER ST | $ 5,807 | $ 12,300 | BARKER INVESTORS | Yang Su | | | 231 | Sold |
| City of New Orleans | "2625-NPRIEURST" | 39W500114 | CNO149226 | 04 Jan 2023 Sale | 1/4/2023 | 2625 N PRIEUR ST | $ 5,752 | $ 15,000 | Emmanuel Lee | Emmanuel Lee | | | 121 | Sold |
| City of New Orleans | "30-SULLIVANPL" | 513802324 | CNO134510 | 04 Jan 2023 Sale | 1/4/2023 | 30 SULLIVAN PL | $ 5,195 | $ 9,610 | BARKER INVESTORS | Yang Su | | | 66 | Sold |
| City of New Orleans | "CNOBUN1067" | | CNO150144 | 04 Jan 2023 Sale | 1/4/2023 | BUNDLED PROPERTY, SEE LEGAL DESCRIPTION | $ 55,341 | $ 106,000 | BARKER INVESTORS | Yang Su | | | 37 | Sold |
| Properties in Bundle | 39949-WALESST | 39W006208 | CNO125380 | | | 39949 WALES ST | | | | | | | | |
| | 7600-STONEWOODST | 39W082235 | CNO133797 | | | 7600 STONEWOOD ST | | | | | | | | |
| | 4846-AMERICAST | 39W905318 | CNO134299 | | | 4846 AMERICA ST | | | | | | | | |
| | 4765-DODTAV | 39W906212 | CNO134310 | | | 4765 DODT AVE | | | | | | | | |
| | 4800-LAINEAV | 39W906401 | CNO134312 | | | 4800 LAINE AVE | | | | | | | | |
| | 4956-TULIPST | 39W912409 | CNO134332 | | | 4956 TULIP ST | | | | | | | | |
| | 4970-TULIPST | 39W912413 | CNO134334 | | | 4970 TULIP ST | | | | | | | | |
| | 8022-LEEDSST | 39W919220 | CNO134335 | | | 8022 LEEDS ST | | | | | | | | |
| | 4640-EASTVIEWDR | 39W919208 | CNO134340 | | | 4640 EASTVIEW DR | | | | | | | | |
| | 40326-LADYGRAYST | 39W011114 | CNO134811 | | | 40326 LADY GRAY ST | | | | | | | | |
| City of New Orleans | "1220-FLANDERSST" | 513709414 | CNO134506 | 04 Jan 2023 Sale | 1/4/2023 | 1220 FLANDERS ST | $ 4,906 | $ 10,100 | BARKER INVESTORS | Yang Su | IRRELEVANT PERSONAL CONTACT INFORMATION | | 71 | Sold |
| City of New Orleans | "4434-EASTVIEWDR" | 39W918812 | CNO149560 | 04 Jan 2023 Sale | 1/4/2023 | 4434 EASTVIEW DR | $ 5,585 | $ 13,300 | BARKER INVESTORS | Yang Su | | | 100 | Sold |
| City of New Orleans | "10150-BOULEVARDWY" | 39W043123 | CNO149218 | 04 Jan 2023 Sale | 1/4/2023 | 10150 BOULEVARD WAY | $ 4,703 | $ 18,000 | jabbar development 2 LLC | hafeth abdel jabbar | | | 368 | Sold |
| City of New Orleans | "7210-CHADBOURNEDR" | 39W046009 | CNO149185 | 04 Jan 2023 Sale | 1/4/2023 | 7210 CHADBOURNE DR | $ 6,482 | $ 31,100 | jabbar development 2 LLC | hafeth abdel jabbar | | | 292 | Sold |
| City of New Orleans | "7709-DUKECT" | 39W088016 | CNO149224 | 04 Jan 2023 Sale | 1/4/2023 | 7709 DUKE CT | $ 5,401 | $ 30,100 | jabbar development 2 LLC | hafeth abdel jabbar | | | 360 | Sold |
| City of New Orleans | "3325-PIEDMONTDR" | 38W308409 | CNO149016 | 04 Jan 2023 Sale | 1/4/2023 | 3325 PIEDMONT DR | $ 5,315 | $ 28,000 | Gabriel Ractliff | Gabriel Ratcliff | | | 226 | Sold |
| City of New Orleans | "4912-METROPOLITANDR" | 39W928802 | CNO149601 | 04 Jan 2023 Sale | 1/4/2023 | 4912 METROPOLITAN DR | $ 5,156 | $ 45,600 | Roger Dickerson | Roger Dickerson | | | 169 | Sold |
| City of New Orleans | "7603-STONERIDGEPL" | 39W036605 | CNO125425 | 04 Jan 2023 Sale | 1/4/2023 | 7603 STONERIDGE PL | $ 6,611 | $ 36,100 | Jason Brown | Jason Brown | | | 487 | Sold |
| City of New Orleans | "3210-LAMARQUEST" | 513702113 | CNO134497 | 04 Jan 2023 Sale | 1/4/2023 | 3210 LAMARQUE ST | $ 4,917 | $ 8,070 | Kenneth Cooper | Kenneth Cooper | | | 175 | Sold |
| City of New Orleans | "2028-LAURADALEDR" | 513512204 | CNO149895 | 04 Jan 2023 Sale | 1/4/2023 | 2028 LAURADALE DR | $ 5,554 | $ 12,660 | BARKER INVESTORS | Yang Su | | | 148 | Sold |
| City of New Orleans | "CNOBUN1066" | | CNO150132 | 04 Jan 2023 Sale | 1/4/2023 | BUNDLED PROPERTY, SEE LEGAL DESCRIPTION | $ 41,144 | $ 75,432 | BARKER INVESTORS | Yang Su | | | 91 | Sold |
| Properties in Bundle | 2110-ANDRYST | 39W509221 | CNO133998 | | | 2110 ANDRY ST | | | | | | | | |
| | 2311-LIZARDIST | 39W602003 | CNO134053 | | | 2311 LIZARDI ST | | | | | | | | |
| | 2409-FLOODST | 39W605712 | CNO134080 | | | 2409 FLOOD ST | | | | | | | | |
| | 49643-FORSTALLST | 39W606110 | CNO134081 | | | 49643 FORSTALL ST | | | | | | | | |
| | 2518-FLOODST | 39W610408 | CNO134099 | | | 2518 FLOOD ST | | | | | | | | |
| | 5433-NDORGENOISST | 39W610417 | CNO134100 | | | 5433 N DORGENOIS ST | | | | | | | | |
| | 49932-LAMANCHEST | 39W610617 | CNO134101 | | | 2502 LAMANCHE ST | | | | | | | | |
| | 2137-ANDRYST | 39W509323 | CNO149220 | | | 2137 ANDRY ST | | | | | | | | |
| City of New Orleans | "3133-NEWTONST" | 513700302 | CNO134492 | 04 Jan 2023 Sale | 1/4/2023 | 3133 NEWTON ST | $ 4,761 | $ 14,500 | Candi Odoms | Candi Odoms | IRRELEVANT PERSONAL CONTACT INFORMATION | | 458 | Sold |
| City of New Orleans | "1252701-POTOMACST" | 513608717 | CNO134473 | 04 Jan 2023 Sale | 1/4/2023 | 3831 INDIANA ST | $ 4,519 | $ 15,600 | Candi Odoms | Candi Odoms | | | 591 | Sold |
| City of New Orleans | "8561001-PAULST" | 513002804 | CNO149799 | 04 Jan 2023 Sale | 1/4/2023 | 8561001 PAUL ST | $ 4,695 | $ 7,030 | Everett Vonner | Everett Vonner | | | 129 | Sold |
| City of New Orleans | "13641-NCAVELIERDR" | 39W976565 | CNO134754 | 04 Jan 2023 Sale | 1/4/2023 | 13641 N CAVELIER DR | $ 5,278 | $ 82,300 | Hob Chen | Hob Chen | | | 434 | Sold |
| City of New Orleans | "2926-LAUSSATPL" | 39W616007 | CNO149033 | 04 Jan 2023 Sale | 1/4/2023 | 2926 LAUSSAT PL | $ 4,714 | $ 8,000 | BARKER INVESTORS | Yang Su | | | 15 | Sold |
| City of New Orleans | "2724-DREUXAV" | 38W407412 | CNO149591 | 04 Jan 2023 Sale | 1/4/2023 | 2724 DREUX AVE | $ 5,226 | $ 53,200 | Douglas Haywood | Douglas Haywood | | | 303 | Sold |
| City of New Orleans | "1539701-JENNIFERST" | 513903817 | CNO134798 | 04 Jan 2023 Sale | 1/4/2023 | 1539701 JENNIFER ST | $ 5,170 | 5,170 | | | | | 0 | Not Sold |
| City of New Orleans | "8936-PALMST" | 716421320 | CNO134652 | 04 Jan 2023 Sale | 1/4/2023 | 8936 PALM ST | $ 5,431 | $ 27,100 | Carlos Hendy Thomas | Carlos Hendy Thomas | | | 60 | Sold |
| City of New Orleans | "8919-PEARST" | 716431026 | CNO134671 | 04 Jan 2023 Sale | 1/4/2023 | 8919 PEAR ST | $ 5,656 | $ 20,000 | Carlos Hendy Thomas | Carlos Hendy Thomas | | | 65 | Sold |
| City of New Orleans | "3056-CASIMEREST" | 513808337 | CNO134522 | 04 Jan 2023 Sale | 1/4/2023 | 3056 CASIMERE ST | $ 7,184 | $ 7,224 | charles wright | charles wright | | | 5 | Sold |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| City of New Orleans | "2724-NEWORLEANSST" | 37W305816 | CNO149154 | 04 Jan 2023 Sale | 1/4/2023 | 2724 NEW ORLEANS ST | $ | 5,390 | $ | 21,501 | Chris Mcconnell | Chris Mcconnell | 163 Sold |
| City of New Orleans | "8438001-ADAMST" | 513001924 | CNO149791 | 04 Jan 2023 Sale | 1/4/2023 | 8438001 ADAM ST | $ | 4,722 | $ | 6,520 | John Dominici | John Dominici | 114 Sold |
| City of New Orleans | "8439001-ADAMST" | 513001925 | CNO149790 | 04 Jan 2023 Sale | 1/4/2023 | 8439001 ADAM ST | $ | 4,722 | $ | 5,002 | John Dominici | John Dominici | 30 Sold |
| City of New Orleans | "4517-SKYVIEWDR" | 39W972405 | CNO149669 | 04 Jan 2023 Sale | 1/4/2023 | 4517 SKYVIEW DR | $ | 5,565 | $ | 18,100 | Theresa Francois | Theresa Francois | 393 Sold |
| City of New Orleans | "1925-BENTONST" | 39W503015 | CNO133973 | 04 Jan 2023 Sale | 1/4/2023 | 1925 BENTON ST | $ | 5,912 | $ | 5,912 | Anjelica Smith | Anjelica Smith | 1 Sold |
| City of New Orleans | "CNOBUN1068" | | CNO150145 | 04 Jan 2023 Sale | 1/4/2023 | BUNDLED PROPERTY, SEE LEGAL DESCRIPTION | $ | 10,154 | $ | 121,800 | Serpil Brice | Serpil Brice | 621 Sold |
| Properties in Bundle | 4811-CHARLENEDR | 39W943402 | CNO134771 | | | 4811 CHARLENE DR | | | | | | | |
| | 4715-LAINEAV | 39W906326 | CNO134839 | | | 4715 LAINE AVE | | | | | | | |
| City of New Orleans | "8560001-PAULST" | 513002803 | CNO149798 | 04 Jan 2023 Sale | 1/4/2023 | 8560001 PAUL ST | $ | 4,683 | $ | 4,703 | John Dominici | John Dominici | 3 Sold |
| City of New Orleans | "8437001-ADAMST" | 513001923 | CNO149778 | 04 Jan 2023 Sale | 1/4/2023 | 8437001 ADAM ST | $ | 4,722 | $ | 6,500 | John Dominici | John Dominici | 149 Sold |
| City of New Orleans | "8430001-ADAMST" | 513001910 | CNO149777 | 04 Jan 2023 Sale | 1/4/2023 | 8430001 ADAM ST | $ | 4,722 | $ | 6,010 | John Dominici | John Dominici | 67 Sold |

IRRELEVANT PERSONAL CONTACT INFORMATION

serpilbrice@gmail.com    (504) 300-4333

IRRELEVANT PERSONAL CONTACT INFORMATION