**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **No.  24-02451** |
| | * | |
| **SERPIL PROPERTIES, LLC** | * | **SECTION: M** |
| *      *      *      *      *      *      | * | |

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute Counsel filed by the City of

New Orleans:

**IT IS ORDERED** that the motion be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that that Grant G. Butler, Joshua S. Force, and James M.

Garner, Jasmine L. Bandy, James M. Roquemore, and Donesia Turner Morrison are withdrawn as

counsel of record for the City in this matter and Sean M. Markey, Elizabeth A. Weigand, Gwyneth

O'Neill, and Charline K. Gipson be and hereby are enrolled as counsel of record in their place.

**NEW ORLEANS, LOUISIANA**, this_____day of_____, 2026.


_____
J U D G E