UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DANIELLE READO<br>                    Plaintiff,<br><br>VERSUS<br><br>CITY OF NEW ORLEANS AND SERPIL<br>PROPERTIES, LLC,<br>                    Defendants. | Case No. 2:24-cv-2451<br>Judge Sarah S. Vance<br>Magistrate Judge Janis Van Meerveld<br><br>Section C (1) |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date;

**IT IS ORDERED** that the Motion is **GRANTED**. The submission date on Plaintiff's

Motion to Compel (Rec. Doc. 54) is continued from July 15, 2026 to July 29, 2026.

New Orleans, Louisiana, this _____ day of _____, 2026.


_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE