UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DANIELLE READO<br>Plaintiff,<br><br>VERSUS<br><br>CITY OF NEW ORLEANS AND SERPIL<br>PROPERTIES, LLC,<br>Defendants. | Case No. 2:24-cv-2451<br>Judge Sarah S. Vance<br>Magistrate Judge Janis Van Meerveld<br><br>Section C (1) |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date;

**IT IS ORDERED** that the Motion is **GRANTED**. The submission date on Plaintiff's

Motion to Compel (Rec. Doc. 54) is continued from July 15, 2026 to July 29, 2026.

New Orleans, Louisiana, this 2nd day of July, 2026.


JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE