UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE READO | * | CIVIL ACTION NO. 2:24-cv-2451 |
| | * | |
| | * | |
| VERSUS | * | JUDGE WILLIAM J. CRAIN |
| | * | |
| | * | |
| CITY OF NEW ORLEANS AND | * | MAGISTRATE JANIS VAN |
| SERPIL PROPERTIES LLC | * | MEERVELD |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SUPPLEMENTAL AND AMENDING
WITNESS AND EXHIBIT LIST OF PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Danielle Reado, who

submits this Supplemental and Amending Witness and Exhibit List in accordance with this Court's

Scheduling Order. Because Plaintiff's Motion to Compel (R. Doc. 54) remains pending and other

discovery responses from Defendant, City of New Orleans, remain outstanding, Plaintiff submits

this list based on the information presently available, expressly reserves the right to supplement or

amend it as warranted by any additional or supplemental discovery responses, or by any order of

the Court, and respectfully submits the following:

## I.    PLAINTIFF'S WITNESSES

### A.    Witnesses Plaintiff Expects to Call

Plaintiff presently expects to call the following witnesses, subject to reasonable notice of

any changes to opposing counsel:

1.    Danielle Reado

2.    Gwendolyn Reado

3. One or more employees, agents, or representatives of the City of New Orleans whose identities are disclosed through pending discovery, including any additional or supplemental discovery responses.

**B.** **Witnesses Plaintiff May Call**

Plaintiff may call the following witnesses:

1. Serpil Brice

2. Micaela Bowers

3. Anita Howard

4. Walter J. O'Brien, Jr.

5. Kelsey Lewers

6. Mpho D.Sempasa

7. Kay Schmitz

8. Courtney M. Wilson

9. Amanda M. Beaulieu

10. Tanya L. Irvin

11. Dan Rebeor

12. Garrett Staples

13. Justin C. Frank

14. Brian Danos

15. Norman Foster

16. Kevin C. Hill

17. Bryan Barrios

18. Kimberly K. Smith

19. Zane Celotto

20. Isabelle Adoue

21. Dave Robichaux

22. Kevin Lynch

23. Brian Brantley

24. Norman L. White, former Director of Finance for the City of New Orleans.

25. Norman S.J. Foster, former Director of Finance for the City of New Orleans.

26. Individuals identified in the activity logs or other records relating to the Property, including but not limited to:

a)    Manuel Agustin Jr

b)    Dave Robichaux

c)    Sheridan Bell

d)    Kevin Lynch

e)    Ronald Newton

f)    Radine Bultman

g)    Nicholas Bijou

h)    Reuben Kees

i) Bianca Davis

j) Sheila Usand

k) Alysha Doucet

l) Jennifer Denoux

m) Demond Morton

n) Sadelia Kelley

o) Ashley Pleasant

p) Kira Berry

q) Tonya Bergeron

r) Alphadine Lundy

s) Danecia Poole

t) Tamour Frazier

u) Connie Heausler

v) Amanda Powell

w) Arianne Collins

x) Dan Oberly

y) Stacy Braquet

z) Catherine Glorioso

aa) Leslye Roussell

bb) Rachael LeBlanc

cc) Joyce Macaluso

dd)    Derrick Daniel

ee)    Jamarco Walker

ff)    Roy Edward

gg)    Amy Melton

hh)    Vaniechia Herman

ii)    Sherri Bossen

27.    Individuals whose names appear on City of New Orleans Real Estate

Adjudicated Redemption Bills relating to the Property.

28.    One or more representatives of Serpil Properties, LLC.

29.    One or more representatives of Archon Information Systems, L.L.C.

30.    One or more representatives of Merit Research.

31.    One or more representatives of Dynamite Abstract and Title Company,

L.L.C.

32.    One or more representatives of the Orleans Parish Assessor.

33.    One or more employees of the City of New Orleans and/or Archon

Information Systems, LLC whose identities are disclosed through pending

discovery, including any additional or supplemental discovery responses.

34.    Any current or former employee, agent, or representative of the City of

New Orleans involved in the tax sale or adjudicated property sale.

35.    Any current or former employee, agent, or representative of Archon

Information Systems, LLC involved in the tax sale or adjudicated property

sale.

36.    Any rebuttal or impeachment witness, as permitted by the Federal Rules of

Evidence and the Federal Rules of Civil Procedure.

37.    Any witness necessary to authenticate or introduce an exhibit.

38.    Any witness listed, subpoenaed, or called by any other party.

## II.    PLAINTIFF'S EXHIBITS

Plaintiff identifies the following documents and exhibits that may be used in support of

her claims and defenses in this litigation.:

1.    Non-Warranty Cash Sale of 4715 Laine Ave., New Orleans, Louisiana

from City of New Orleans to Serpil Properties LLC.

2.    Final Decree of Divorce between Taylor Reado, Jr. and Gwendolyn

Reado.

3.    Quit Claim Deed for 4715 Laine Ave., New Orleans, Louisiana from

Gwendolyn Reado to Danielle Reado.

4.    Cash Sale of 4715 Laine Ave., New Orleans, Louisiana from Edwina N.

Clark to Mr. and Mrs. Taylor Reado Jr.

5.    Multiple Indebtedness Mortgage affecting 4715 Laine Ave., New Orleans,

Louisiana, executed by Danielle Reado in favor of the U.S. Small

Business Administration.

6. Tax Sale Certificate for 4715 Laine Ave., New Orleans, Louisiana recorded 5/23/2016.

7. Audio recording (7 minutes, 9 seconds) produced by the City of New Orleans, bearing the file name "2013-06-29 Phone Call Recording 033747."

8. City of New Orleans Real Estate Adjudicated Redemption Bills relating to 4715 Laine Ave., New Orleans, Louisiana

9. Emails between the City of New Orleans and Archon Information Systems, LLC and/or CivicSource relating to the tax sale, adjudicated property sale, bundling, or redemption of 4715 Laine Ave., New Orleans, Louisiana, together with any attachments.

10. Reports reflecting the alleged costs incurred in connection with the tax sale or adjudicated property sale of 4715 Laine Ave., New Orleans, Louisiana.

11. Copies of the Orleans Parish Assessor webpage for 4715 Laine Ave., New Orleans, Louisiana, and 4811 Charlene Drive, New Orleans, Louisiana.

12. Title research and abstract documents relating to 4715 Laine Ave., New Orleans, Louisiana.

13. Research Details – CivicSource Administrator document relating to 4715 Laine Ave., New Orleans, Louisiana, dated August 30, 2022.

14. CivicSource Louisiana Title Opinion relating to 4715 Laine Ave., New Orleans, Louisiana.

15. Person locator report relating to Danielle Reado.

16. Property information documents containing "Property History" entries relating to 4715 Laine Ave., New Orleans, Louisiana.

17. City of New Orleans real estate tax bills for 4715 Laine Ave., New Orleans, Louisiana, for tax years 2011–2024.

18. City of New Orleans real estate tax bills for 2117 Brutus St., New Orleans, Louisiana, for tax years 2008–2024

19. CivicSource and/or Archon Information Systems, LLC webpages, printouts, and screenshots relating to the adjudicated sale of 4715 Laine Ave., New Orleans, Louisiana, including its bundling with 4811 Charlene Drive, New Orleans, Louisiana.

20. Transcripts of depositions taken in this matter, together with any exhibits thereto.

21. Exhibits attached to pleadings filed in this matter.

22. Exhibits used solely for rebuttal or impeachment.

23. Blowups, enlargements, demonstrative exhibits, visual aids, and electronic presentations of any exhibit listed herein.

24. Any exhibit listed and/or introduced by any other party.

25. Documents produced in response to Plaintiff's pending Motion to Compel or in any additional or supplemental discovery responses.

26.     Any party's responses to written discovery requests served in this matter, including responses to interrogatories, requests for production, and requests for admission.

Respectfully submitted,

**PRITCHETT LEGAL SERVICES, LLC**

/s/ Paul W. Pritchett

**PAUL W. PRITCHETT (#36926)**
2930 Banks Street
New Orleans, Louisiana 70119
Telephone: 602-402-6264
Email: ppritchett@pritchettlegal.com
**Attorney for Plaintiff, Danielle Reado**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2026, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Paul W. Pritchett