UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIELLE READO** | * | **CIVIL ACTION NO. 2:24-cv-2451-WJC-** |
| | * | **JVM** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE WILLIAM J. CRAIN** |
| | * | |
| **CITY OF NEW ORLEANS AND** | * | |
| **SERPIL PROPERTIES LLC** | * | **MAGISTRATE JANIS VAN** |
| | * | **MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WITNESS AND EXHIBIT LIST OF SERPIL PROPERTIES, LLC

Defendant, SERPIL PROPERTIES, LLC (the "SERPIL") submits the following Witness And Exhibit List:

### WITNESS LIST

### WILL CALL:

1. **A representative of Archon Information Systems, L.L.C. d/b/a CivicSource,** who may have information relevant to the sending of tax sale notices, the sending of adjudication sale notices, the publication of tax and adjudication sale notices, and phone calls with Gwendolyn Reado and/or Danielle Reado, and who may be contacted through its registered agent for service of process.

2. **A representative of the City of New Orleans, Bureau of Treasury,** who may have information related to the subject tax sale, the subject adjudication sale, tax delinquencies, notices of tax sale, or notices of adjudication sale, and who may be contacted through undersigned counsel.

3. **Serpil Brice,** manager of Serpil Properties, LLC, 7300 Lakeshore Drive, Ste. 1913, New Orleans, LA 70124 (504) 301-9938, who may have knowledge related to the adjudication sale and the Property.

4. **Ms. Danielle Reado**, through Paul W. Pritchett, 2930 Banks Street, New Orleans, Louisiana 70119, (602) 402-6264, who may have knowledge of matters related to the Property, the tax sale, the adjudication sale, and her alleged damages.

5. **Ms. Gwendolyn Reado,** 2117 Brutus St., New Orleans, Louisiana, (504) 400-9511, who may have knowledge of matters related to the Property and the tax sale.

6. **Mr. Taylor Reado, Jr.,** who may have knowledge of matters related to the Property and the tax sale.

7. Any and all expert witnesses retained in the future.

8. Any witnesses needed for impeachment purposes or to authenticate documents and/or evidence.

9. Any witness listed or used by any other party.

10. Any person later identified during the course of discovery.

## EXHIBIT LIST

1. "Act of Non-Warranty Cash Sale" recorded in Orleans Parish Land Records at 2023-2649, on January 24, 2023;

2. Tax Bills for the subject property, produced by the City as Bates Nos. CNO_001158-1186.

3. Ledgers of Tax bills, produced by the City as CNO_000452; CNO_000460.

4. Notices of the tax sale, produced by the City as CNO_000001-459; CNO_1005-1124; and the native .wav produced therewith.

5. Mail receipts and documents related to notices sent by the City, produced by the City as CNO_000001-447; CNO_001005-1124; CNO_000443; CNO_000456-457; CNO_000458-459; CNO_001124; CNO_001125-1157; CNO_001100; CNO_000440-447; CNO_001088-1099.

6. Advertisements of the tax sale of the Property, produced by the City CNO_000019-409; CNO_002912-2917.

7. Documents produced by the City identifying steps taken to communicated with the Reados about the tax sale, produced by the City at CNO_001006-1049; CNO_001101-1124.

8. Communications between the City and the Reados, produced by the City as Bates Nos. 000470-001004; Bates Nos. 000470-001004; Bates Nos. 000443-451.

9. Audio recordings of communications between the City and Reados, produced by the City as the native .wav files; and CNO_001100.

10. Logs of visits and contact between the Reados and the City, produced by the City as Bates Nos. 000443-451.

11. Ledgers of funds generated from the sale of the Property, produced by the City as Bates

Nos. CNO_000609-618; CNO_000619-621Bates Nos. CNO_000609-618; CNO_000619-621.

Dated:  July 7, 2026

Respectfully submitted,

/s/    *Kyle S. Sclafani*

_____
KYLE S. SCLAFANI (Bar No. 28219)
4130 Canal Street
New Orleans, Louisiana 70119
Telephone No. (504) 875-4079
Facsimile No. (504) 910-4324
Email: kyle@kylesclafanilaw.com
**Attorney for Serpil Properties, LLC**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Witness & Exhibit List* was served via electronic mail this7th day of July, 2026.

/s/    *Kyle S. Sclafani*

_____
KYLE S. SCLAFANI