UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIELLE READO | CIVIL ACTION NO. 2:24-cv-2451 |
| VERSUS | JUDGE WILLIAM J. CRAIN |
| CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC | MAGISTRATE JANIS VAN MEERVELD |

**CITY OF NEW ORLEANS' WITNESS AND EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the City of New Orleans (the "City") who submits this Witness and Exhibit List in accordance with this Court's Scheduling Order.

**I.      The City's Witness List**

A. Witnesses the City May Call:

The City may call the following witnesses:

1. Micaela Bowers, who may be contacted through undersigned counsel;

2. Anita Howard, who may be contacted through undersigned counsel;

3. Walter J. O'Brien, Jr.;

4. Bryan Barrios or a representative of Archon Information Systems, L.L.C. d/b/a CivicSource who may be contacted through its registered agent for service of process;

5. Serpil Brice, manager of Serpil Properties who may be contacted through his counsel of record Kyle S. Sclafani 4130 Canal Street, New Orleans, Louisiana (504) 875-4079;

6. Ms. Danielle Reado, who may be contacted through her counsel of record, Paul Pritchett, 2930 Banks Street, New Orleans, Louisiana 70119, (602) 402-6264;

1

7.   Gwendolyn Reado, who may be contacted through her counsel of record, Paul Pritchett, 2930 Banks Street, New Orleans, Louisiana 70119, (602) 402-6264;

8.   Any rebuttal or impeachment witness, as permitted by the Federal Rules of Evidence and the Federal Rules of Civil Procedure;

9.   Any witness necessary to authenticate any exhibit;

10. Any witness listed, subpoenaed, or called by any other party.

## II.    The City's Exhibits

The City identifies the following documents and exhibits that may be used in this litigation:

1.  Non-Warranty Cash Sale of 4715 Laine Ave., New Orleans, Louisiana, from the City of New Orleans to Serpil Properties LLC;

2.  Tax Sale Certificate for 4715 Laine Ave., New Orleans, Louisiana recorded May 23, 2016;

3.  Audio recording produced by the City of New Orleans, identified as "2013-06029 Phone Call Recording 033747;"

4.  Mail receipts and documents related to notices sent by the City, produced by the City and identified as CNO_000001-447; CNO_001005-1124; CNO_000443; CNO_000456-457; CNO_000458-459; CNO_001124; CNO_001125-1157; CNO_001100; CNO_000440-447; CNO_001088-1099;

5.  Advertisements of the tax sale of the Property, produced by the City of New Orleans identified as CNO_000019_409, and CNO_002912-2917;

6.  Ledgers of funds generated from the sale of the Property produced by the City and identified    as    CNO_000609-618:    CNO_000619-621,    CNO_000609-618    and CNO_000619-621;

7.  Documents produced by the City evidencing steps taken to communicate with the Reados about the tax sale, identified as CNO_001006-1049; CNO_001101-1124;

8.  CivicSource and/or Archon Information Systems, LLC webpages, printouts, and screenshots relating to the adjudicated sale of 4715 Laine Ave., New Orleans, Louisiana, including its bundling with 4811 Charlene Drive, New Orleans, Louisiana;

9.  City of New Orleans Real Estate Adjudicated Redemption Bills relating to 4811 Charline Drive, New Orleans, Louisiana;

10. Any exhibit introduced by any other party.

Respectfully submitted,

*/s/Elizabeth A. Weigand*
**ELIZABETH A. WEIGAND, LSB #32758**
DEPUTY CITY ATTORNEY
**SEAN MARKEY, LSB #41467**
ASSISTANT CITY ATTORNEY
**TANYA L. IRVIN, LSB #28090**
DEPUTY CITY ATTORNEY
**CORWIN M. ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**GWYNETH O'NEILL, LSB #35944**
SR CHIEF DEPUTY CITY ATTORNEY
**CHARLINE K. GIPSON, LSB #32780**
CITY ATTORNEY
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana 70112
Telephone: 504-658-9800
Facsimile: 504-658-9868
Email: elizabeth.weigand@nola.gov