UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIELLE READO | CIVIL ACTION NO. 2:24-cv-2451 |
| VERSUS | JUDGE WILLIAM J. CRAIN |
| CITY OF NEW ORLEANS AND SERPIL PROPERTIES LLC | MAGISTRATE JANIS VAN MEERVELD |

### UNOPPOSED MOTION TO CONTINUE TRIAL AND SET LIMITED SCHEDULING CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the City of New Orleans (the "City") who respectfully moves this Court to continue the trial pursuant to Fed. R. Civ. P. 16(b)(4) and set a scheduling conference. As explained below, there is good cause for a continuance as undersigned counsel were recently enrolled in this matter and require additional time to review the facts, address outstanding discovery issues, and adequately prepare for trial. Counsel for Danielle Reado and Serpil Properties LLC have been consulted and have no objection to the requested relief.

Trial for this matter is currently set to begin September 14, 2026.[1] It relates to the alleged wrongful sale of Plaintiff's property through an auction facilitated by CivicSource, the City's vendor for ad valorem tax sales and the sales of adjudicated properties. CivicSource is required to indemnify the City for claims related to these sales pursuant to its contract. CivicSource retained Sher Garner Cahill Richter Klein & Hilbert, LLC ("Sher Garner") to represent the interests of the City.[2] However, CivicSource subsequently failed to pay for the services rendered by Sher Garner. Sher Garner then informed the City that it would seek to withdraw because they were not being

---

[1] R. Doc. 46
[2] *See* R. Doc 25.

1

paid by CivicSource. The City acquiesced to this request and agreed to take over the defense of this matter.

Subsequent to the City agreeing to provide its own defense in this matter, the City learned of outstanding discovery issues that have yet to be resolved. Accordingly, undersigned counsel requires more time than is presently afforded by the current scheduling order to address these issues and, in turn, prepare for trial. The City contacted counsel for Danielle Reado and Serpil Properties LLC in advance of this filing. Both have consented to reset discovery deadlines for all parties and continue the trial date and any other currently unexpired deadlines.

**WHEREFORE**, the City prays that this Court grant this Motion and set a scheduling conference to select a new trial date and amend discovery deadlines.

Respectfully submitted,

/s/ Sean M. Markey
**SEAN M. MARKEY, LSB #41467**
ASSISTANT CITY ATTORNEY
**ELIZABETH A. WEIGAND, LSB #32758**
DEPUTY CITY ATTORNEY
**CORWIN M. ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**GWYNETH A. O'NEILL, LSB #35944**
SR CHIEF DEPUTY CITY ATTORNEY
**CHARLINE K. GIPSON, LSB #32780**
CITY ATTORNEY
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana 70112
Telephone: 504-658-9920
Facsimile: 504-658-9868
Email:    sean.markey@nola.com

*Counsel for the City of New Orleans*

2