UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

DANIELLE READO

VERSUS

CITY OF NEW ORLEANS AND
SERPIL PROPERTIES LLC

CIVIL ACTION NO. 2:24-cv-2451

JUDGE WILLIAM J. CRAIN

MAGISTRATE JANIS VAN
MEERVELD

**ORDER**

Considering the foregoing Unopposed Motion to Continue Trial and Set Limited Scheduling Conference.

**IT IS ORDERED** that the motion be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that a Scheduling Conference is set for _____ a.m./p.m. on the ____ day of _____, 2026

**NEW ORLEANS, LOUISIANA**, this_____day of_____, 2026.

_____
HON. WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE