UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

DANIELLE READO                                    CIVIL ACTION NO. 2:24-cv-2451

VERSUS                                            JUDGE WILLIAM J. CRAIN

CITY OF NEW ORLEANS AND                           MAGISTRATE JANIS VAN
SERPIL PROPERTIES LLC                             MEERVELD

## OPPOSITION TO MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the City of New Orleans (the "City") who respectfully submits the following memorandum in opposition to Plaintiff's Motion to Compel (R. Doc. 54). As detailed below, it is the City's intention to respond to the discovery requests which are the subject of the instant motion by the end of this week. Further, all parties have consented to continuing the trial date and amending past discovery deadlines as undersigned counsel has only recently enrolled and needs time to familiarize themselves with the case and adequately prepare for trial.

### ARGUMENT

Trial for this matter is currently set to begin September 14, 2026. The operative discovery deadline was July 7, 2026.[1] On June 24, 2026, Plaintiff filed the instant Motion to Compel seeking supplemental responses to her First Set of Interrogatories and Requests for Production of Documents (R. Doc. 54). On June 30, 2026, undersigned counsel enrolled in this matter in place of Sher Garner Cahill Richter Klein & Hilbert, LLC ("Sher Garner"). Sher Garner had been retained by CivicSource, the City's vendor for ad valorem tax sales and the sales of adjudicated property, pursuant to an indemnification provision in its contract. Due to nonpayment by Civic

---

[1] R. Doc. 46

1

Source, Sher Garner sought to withdraw as counsel for the City. The City acquiesced to this request and agreed to take over the defense of this case.

Sher Garner prepared draft supplemental responses and provided them to undersigned counsel shortly before its withdrawal as counsel for the City. Undersigned counsel is currently finalizing its review of these responses for completeness and accuracy and anticipates providing these responses to the Plaintiff by the end of this week. It is also worth noting that undersigned counsel contacted all parties to discuss continuing the trial and amending discovery deadlines so the City would have sufficient time to address any and all outstanding discovery issues and adequately prepare for trial. All parties consented and the City filed its Unopposed Motion to Continue Trial and Set Limited Scheduling Conference earlier today. (R. Doc. 67).

Accordingly, the City prays that this Court deny Plaintiff's motion to compel and allow newly enrolled counsel reasonable time to resolve these discovery issues in good faith.

Respectfully submitted,

*/s/ Sean M. Markey*
**SEAN M. MARKEY, LSB #41467**
ASSISTANT CITY ATTORNEY
**ELIZABETH A. WEIGAND, LSB #32758**
DEPUTY CITY ATTORNEY
**CORWIN M. ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**GWYNETH A. O'NEILL, LSB #35944**
SR CHIEF DEPUTY CITY ATTORNEY
**CHARLINE K. GIPSON, LSB #32780**
CITY ATTORNEY
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana 70112
Telephone: 504-658-9920
Facsimile: 504-658-9868
Email:    sean.markey@nola.com

*Counsel for the City of New Orleans*

2