# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DANIELLE READO**                                        **CIVIL ACTION**

**V.**                                                               **NO. 24-2451**

**SERPIL PROPERTIES, LLC**                     **SECTION: C (1)**

## ORDER

Considering the <u>Unopposed Motion to Continue Trial and Set Limited Scheduling Conference</u> filed July 21, 2026 (R. Doc. 67):

**IT IS ORDERED** that the motion is **GRANTED**. The current scheduling order is vacated. The court's case manager will notice a new scheduling conference.

**IT IS FURTHER ORDERED** that the <u>Ex Parte Motion to Expedite Consideration of Plaintiff's Motion to Stay</u> (R. Doc. 53) and the <u>Motion to Stay</u> (R. Doc. 52) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of July, 2026

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE