klewers

# CITY OF NEW ORLEANS REAL ESTATE ADJUDICATED REDEMPTION BILL

12/09/2022

 **City of New Orleans**
Mayor LaToya Cantrell

**BUREAU OF THE TREASURY**
1300 Perdido Street  Room 1W40
New Orleans, LA 70112

**TAX BILL NO**
39W906326

**PROPERTY LOCATION**
4715 LAINE AV

**LEGAL DESCRIPTION**
SQS 6-6-B LOTS 19-20 LAINE
50 X 141
BR V SGLE 11/RM A/R

**CASHIER'S CK
OR CASH ONLY**

## ADJUDICATED

**\*\*This statement does NOT include 2023 Real Estate Taxes\*\***

READO TAYLOR JR
4715 LAINE AVE
NEW ORLEANS LA 70126-0000

| **FULL PAYMENT MUST BE RECEIVED BY:** |
| :---: |
| **12/30/2022** |

**PAYMENTS** are processed at 1300 Perdido Street Room 1W40, New Orleans, LA 70112

Amount paid at the Tax Sale (Years sold at sale) + 5% Penalty on amount of tax sale payment + 5% Penalty on subsequent tax payment made by the tax sale buyer + 1 % Interest per month on the tax sale payment amount calculated from the date of the tax sale certificate recordation + 1 % Interest per month on the subsequent taxes paid, calculated from the time of the payment + Redemption Costs = Subtotal (Payable through the redemption date) + any unpaid delinquent taxes.

This property is scheduled for auction at a Sale of Adjudicated Property (SOAP Sale) on 1/04/2023.
This statement is subject to change as additional (SOAP Costs) may increase.
Visit www.CivicSource.com for more details.

### DETAIL OF REDEMPTION

| Year | Charge Type | Amount | Interest | Penalty | Redemption Interest | Redemption Penalty (5%) | Redemption Cost | Total |
|---|---|---|---|---|---|---|---|---|
| 2011 | REAL ESTATE | 1,381.37 | 276.27 | 308.74 | 2,055.47 | 82.88 | 0.00 | 4,104.73 |
| 2012 | TXSL-COST | 109.00 | 0.00 | 0.00 | 135.16 | 5.45 | 0.00 | 249.61 |
| 2012 | TXSL-COST | 38.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.00 |
| 2012 | REAL ESTATE | 1,376.51 | 1,803.23 | 452.80 | 0.00 | 0.00 | 0.00 | 3,632.54 |
| 2013 | REAL ESTATE | 1,589.44 | 1,891.43 | 504.72 | 0.00 | 0.00 | 0.00 | 3,985.59 |
| 2014 | REAL ESTATE | 1,594.80 | 1,706.44 | 0.00 | 0.00 | 0.00 | 0.00 | 3,301.24 |
| 2015 | REAL ESTATE | 1,593.73 | 1,514.04 | 0.00 | 0.00 | 0.00 | 0.00 | 3,107.77 |
| 2016 | REAL ESTATE | 1,507.18 | 1,250.96 | 0.00 | 0.00 | 0.00 | 0.00 | 2,758.14 |
| 2017 | REAL ESTATE | 1,530.03 | 1,083.56 | 0.00 | 0.00 | 0.00 | 0.00 | 2,613.59 |
| 2018 | REAL ESTATE | 1,530.02 | 902.71 | 0.00 | 0.00 | 0.00 | 0.00 | 2,432.73 |
| 2019 | REAL ESTATE | 1,500.23 | 705.11 | 0.00 | 0.00 | 0.00 | 0.00 | 2,205.34 |
| 2020 | REAL ESTATE | 1,443.64 | 505.27 | 0.00 | 0.00 | 0.00 | 0.00 | 1,948.91 |
| 2021 | REDEMPTION COST | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 2021 | REAL ESTATE | 1,429.44 | 314.48 | 0.00 | 0.00 | 0.00 | 0.00 | 1,743.92 |
| 2021 | SOAP COST | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 (+$1,980.50) | 175.00 |
| 2022 | REAL ESTATE | 1,336.80 | 120.31 | 0.00 | 0.00 | 0.00 | 0.00 | 1,457.11 |

**TOTAL AMOUNT DUE TO REDEEM:** $35,744.72 ~~$33,764.22~~

**Please make checks payable to the City of New Orleans**

## CASHIERS CHECK OR CASH ONLY

### ATTENTION TAXPAYERS
For payment questions call 1-504-658-1703. Treasury's office in City Hall, Room 1W40, is open Monday through Friday from 8:00 AM through 5:00 PM.

Exhibit 16

CNO_000451