DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6



## NON-WARRANTY CASH SALE
## STATE OF LOUISIANA
## PARISH OF ORLEANS

**BE IT KNOWN**, on the dates written below before the undersigned Notaries Public, duly commissioned and qualified in their respective parishes, personally came and appeared:

**CITY OF NEW ORLEANS,** a political subdivision of the State of Louisiana, represented herein by its Department of Finance Representative, by virtue of City of New Orleans Home Rule Charter Section 4-1301(1)(C), ("Seller"), who declared that:

Seller **sells**, without any warranty of title whatsoever, either expressed or implied, even as to the return or reduction of the purchase price, except for the warranty against eviction resulting from a prior alienation by the political subdivision, but with full substitution and subrogation in and to all the rights and actions of warranty which Seller may have, to:

**SERPIL PROPERTIES LLC (XX-XXX1826),** a Louisiana Limited Liability Company, represented herein by its Manager-Member, Serpil Brice, whose permanent mailing address is 7300 Lakeshore Dr., Unit E, New Orleans, Louisiana 70124 ("Purchaser"), and all of Seller's right, title and interest in and to **the property more fully described on Exhibit A** attached hereto and made a part hereof, together with all appurtenances thereunto belonging or in any way appertaining, and all buildings and improvements located on the property, if any ("property").

This sale is made and accepted for and in consideration of the sum of **SIXTY THOUSAND SEVEN HUNDRED FIFTY-THREE DOLLARS AND 75/100 ($60,753.75)** cash, which Purchaser has paid to Seller.

Purchaser acknowledges that the property is being conveyed subject to any and all conditions and restrictions affecting the property described in Exhibit A to the extent such conditions and restrictions may still be valid and enforceable.

Pursuant to the R.S. 47:2208 affidavit filed herewith, all parish or municipal statutory impositions due and owing as of the date of recordation thereof are cancelled, terminated, released or erased of record insofar as they affect the property described herein below.

The next ad valorem taxes due to be paid by Purchaser.

**(Signatures to follow.)**

Exhibit 17

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

THUS DONE AND PASSED by Seller, before me, Notary, and the undersigned competent witnesses, on this 2O day of _January_, 2023, in the city of New Orleans, Louisiana.

WITNESS:

Name: C. Wilson

WITNESS:

Name:

SELLER:
CITY OF NEW ORLEANS

Name: Norman L. White
Title: Department of Finance Representative

NOTARY PUBLIC:

Name: Trisha Graffato
Bar Roll No.: 39346

CNO134839

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

Pursuant to La CC Art. 1839, this ACT UNDER PRIVATE SIGNATURE THUS DONE AND PASSED by Purchaser, on _____Jan 18, 2023_____ in the city of New Orleans, Louisiana.

**PURCHASER:**
**SERPIL PROPERTIES LLC**

*Serpil Brice*
C1A44CEF394546C...

Name: Serpil Brice
Title: Manager-Member

**Now comes OSMAN ARSLAN,** a person of the full age of majority who has been married but once and then to Serpil Brice, with whom he is presently living and residing, whose permanent mailing address is 7300 Lakeshore Dr., Unit E, New Orleans, Louisiana 70124, who is appearing herein declaring the property more fully described in Exhibit A is being purchased by Serpil Properties LLC and will be the separate property of Serpil Brice, purchased with her separate funds and maintained under her separate control and administration.

*Osman Arslan*
CEFFD9EFB934425...

Name: Osman Arslan

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

## EXHIBIT A

**PARCEL NUMBER:**
4715-LAINEAV

**LEGAL DESCRIPTION:**
TWO CERTAIN LOTS OF GROUND, situated in the THIRD DISTRICT of the City of New Orleans, State of Louisiana, in SQUARE NO. 6, BLUM-ANTOINE, which square is bounded by LAINE AVENUE, LEEDS and HAMMOND STREETS and THE EAST PROPERYT LINE OF THE SUBDIVISION, said lots are designated as LOTS NOS. 19 and 20, adjoin and measure each 25 feet front on Laine Avenue, same in width in the rear, by a depth of 141.83 feet between equal and parallel lines. Said Lot No. 20 is located nearer to and commences at a distance of 150 feet from the corner of Laine Avenue and Leeds Street.

All as shown on annexed survey made by Gilbert, Kelly & Couturie, Inc., Surveyors, dated June 27, 1979.

This property is subject to the encroachments, easements, servitudes, common walls and misloction of fences and other physical facts as shown on the hereinabove referred to survey.

DocuSign Envelope ID: F0F7783B-606C-4A82-A166-D6B313C173B6

---

## TITLE INSURANCE

---

**OPINION BY:**

Dave Robichaux
La. Bar Roll No. 37844

**PRODUCER:**



Louisiana Producer Agency License Number: 703957
info@CivicSource.com | (888) MYCIVIC
935 Gravier Street, Suite 1700
New Orleans, LA 70112

**UNDERWRITER:**



## US NATIONAL
### TITLE INSURANCE Co.

info@USNTICO.com | (888) USNTICO
232 Market Street, Suite 232
Flowood, MS 39232

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2023-02649

Recording Date: 1/24/2023 01:52:11 PM

Document Type: SALE

Addtl Titles Doc Types:

Conveyance Instrument Number: 722806

Filed by:  CIVICSOURCE
935 GRAVIER ST
STE 1700
NEW ORLEANS LA 70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

Tiffany Gill, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court