UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE READO | * | CIVIL ACTION NO. 24-2451 |
| | * | |
| | * | SECTION: "C"(1) |
| VERSUS | * | |
| | * | JUDGE WILLIAM J. CRAIN |
| | * | |
| SERPIL PROPERTIES LLC, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

ORDER

Before the Court is plaintiff's Motion to Compel Discovery Responses from the City of New Orleans. Rec. Doc. 54. Counsel for the City reported in opposition that they had recently taken over the defense of the case, and that the City would produce its supplemental responses by July 24, 2026. Rec. Doc. 68. In a reply filed by plaintiff on July 27, 2026, she complains that the supplemental production is still deficient. Rec. Doc. 70.  It does not appear, however, from the record that any Rule 37 conference has been held between plaintiff and new defense counsel, and certainly not as to the deficiencies of which plaintiff now complains relating to the answers provided on July 24.  Indeed, the Rule 37(a)(1) certification attached to the June 24, 2026, motion reports that efforts to confer included an August 20, **2025**, deficiency letter, the parties' August 22, **2025**, Rule 37 telephone conference, and correspondence exchanged on August 25 and 26, **2025**. Rec. Doc. 54, emphasis added.  The Reply memo mentions no further efforts.  As such, it appears that the last meaningful discussion regarding discovery answers was almost a year ago.  Since then, new counsel has enrolled, and new responses have been provided.  Accordingly,

IT IS ORDERED that the parties shall meet and confer as required by Rule 37(a)(1). Such meeting shall be held in person, by video, or by telephone, on or before August 7, 2026.

IT IS FURTHER ORDERED that movant shall file into the record in this matter a supplemental certification for the pending motion on or before August 11, 2026. The supplemental certification shall specifically set forth (1) who participated in the conference, (2) when the conference took place, (3) whether the conference was conducted by phone, by video, or in person, (4) the duration of the conference, (5) the specific, itemized topics that were addressed at the conference, (6) whether any issues were resolved by the parties, and, if so, the terms of the resolution, and (7) a list of any issues that remain unresolved.

IT IS FURTHER ORDERED that to the extent any issues remain, defendant shall file its response to same by August 18, 2026, and any memorandum in reply must be filed by 4:00 p.m. on August 21, 2026. The matter will be taken under submission on August 26, 2026. If the court determines that oral argument is necessary, it will set same **by separate order**.

New Orleans, Louisiana, this 29th day of July, 2026.

Janis van Meerveld
United States Magistrate Judge