MINUTE ENTRY
VAN MEERVELD
August 19, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIELLE READO, *Plaintiff* | * | CIVIL ACTION NO. 24-2451 |
| VERSUS | * | SECTION: "C" (1) |
| CITY OF NEW ORLEANS AND SERPIL PROPERTIES, LLC, *Defendants* | * | JUDGE WILLIAM J. CRAIN |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held on Wednesday, August 19, 2026.

PRESENT FOR:

*Plaintiff:* Paul Pritchett, Danielle Reado

*Defendants:*
-City of N.O.: Sean Markey, Corwin St. Raymond
-Serpil: Kyle Sclafani, Patrick Broyles

Negotiations were successful and resulted in the settlement of all claims. The material terms of the settlement were memorialized on the record. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

Janis van Meerveld
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 01:04