**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DANIELLE READO** | **CIVIL ACTION** |
| **V.** | **NO: 24-2451** |
| **SERPIL PROPERTIES LLC, ET AL** | **SECTION C (1)** |

**ORDER OF DISMISSAL**

Having been informed of the parties' settlement agreement;

**IT IS ORDERED** that the captioned matter is dismissed, without prejudice, subject to reopening for good cause to enforce settlement if not perfected within sixty (60) days. The Court retains jurisdiction for all purposes. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall file a joint stipulation of dismissal according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

New Orleans, Louisiana, this 25th day of August, 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE